*Paid*
*$1*
*(2)*

1   PETER NISSON, ESQ.       SBN#62276
    Law Offices of Nisson & Associates
2   100 North Brand Blvd. Suite 14
    Glendale, CA 91203

3
                                        E-filing
4   Tel. No. (888)999-4313
    Fax No. (888)999-5764
5   Attorney for Plaintiffs
                                                            Filed
6   Appearing in California
                                        ADR         JUN 1 1 2012

7                                                   RICHARD W. WIEKING
                                                    CLERK, U.S. DISTRICT COURT
8                                                   NORTHERN DISTRICT OF CALIFORNIA
                  UNITED STATES DISTRICT COURT                 SAN JOSE
                 NORTHERN DISTRICT OF CALIFORNIA
9

10

11  NORMA CABUSAS and JOSEPH          )  Case No.:
    ARINDAENG; CELSO COSTELO and      )
12  MARIA COLMENARES PRATT;           )  COMPLAINT FOR: CV12-03000
    AILEEN MANGOBA; ALBERTO           )  1.  Conversion
13  ARREOLA GONZALEZ; ALEX            )  2.  Conspiracy to Commit Conversion
    TARIOSA; ALFONSO PAREDES AND      )  3.  Intentional Misrepresentation
14  MARIA HERNADEZ-PAREDES; ALLEN     )  4.  Fraudulent Concealment
    TING; AMADEO CABALLERO AND        )  5.  Promissory Estoppel
15  JAMES CABALLERO; AMANDO           )  6.  Negligent Misrepresentation
    NEVERIDA; AMIE TAN AND ALLEN      )  7.  Breach of the Covenant of Good
16  TAN; ANDREW CHANG AND CONNIE      )      Faith and Fair Dealing
    CHANG; ANGEL ALBARRAN;            )  8.  Unjust Enrichment
17  ANGELITA GERONA; ANJANETTE        )  And Demand For Jury Trial
    AQUINO; ANNA LISA HIGOY AND       )
18  FRANCISCO HIGOY; ANNABELLE        )
    AGUAS; ANNIE NGUYEN; ANTHONY      )
19  SUICO AND FLORDELIZA SUICO;       )
    ANTONIO BORROEL AND ACELA         )
20  BORROEL; ANTONIO ESPINOZA;        )
    ANTONIO LANDICHO AND MONIQUE      )
21  LANDICHO; ARACELI ARREOLA;        )
    ARDERN L. MYNHIER; ARMANDO        )
22  SUAREZ; ARTEMIO BALTAZAR;         )
    ARTHUR LINDSEY JR. AND PAMELA     )
23  R. LINDSEY; ARTHUR QUREISHI;      )
    ARTURO CEJA; AURORA MENDOZA       )
24  AND JESUS MENDOZA; BAO NGUYEN;    )
    BE NGUYEN; BEATRICE HERNANDEZ;    )
25

HRL

[Summary of pleading] - 1

BENJAMIN MORENO; BERNARDO
BAUTISTA AND SANTOS AND LOTA
BAUTISTA; BILL SULLIVAN; BOND LY
AND VANI TRUONG; BONG GIAY
TRAN; BORA EACH AND NARY EACH;
BRANDON BA AND LAN THI THANH
BACH; BRIAN M. SHIN AND EUN K.
SHIN; BRIAN TALL AND JOANNE
OLIVAS; BRUCE G.T. BANH AND
LEHANG PHAM; BRYAN BA AND
KATHY CHAM BA; BULTER LONG;
CARL SALINAS; CARLITO MENDOZA;
CAROLINA BILBAENO; CATALINA
CARGADO AND CAROLINE
CARGADO; CATHY WOO; CECIL
CABALU; CECILIA PULIDO AND
MANUEL PULIDO; CECILIO
GONZALEZ AND ROSARIO
GONZALEZ; CESAR GARCIA; CESAR
PAGADUAN AND RACHEL LICUANAN;
CESAR SOLLA AND CESMI ANDAYA;
CHAO WIN TING AND KEH CHYN
TING; CHAO-CHUNG TING AND MEI-
AI TING; CHARLEMAINE LOZANO;
CHRISTINE NGUYEN AND PHILLIP
CHI; CHUN LUEH POON; CONCHITA
V. ROY AND SERAFIN F. PADLAN;
CRISTINA HUFANO; CUONG DO AND
MINHA DO; CUSTODIO GUTIERREZ
AND ARTEMIA GUTIERREZ; DAN
HANG; DANIEL YONG FEI LIANG AND
DAN FENG LI; DANIEL YOUNG AND
TRAN NGOC DAO; DAVID GONG AND
SHARON PENG; DAVID GRAHAM;
DAVID HERRERA AND ROSALIND
HERRERA; DEANNA LIEU AND TING
LOUANGXAY; DELFIN FAVORITO;
DELFIN PAED AND NORMA PAED;
DIANA DINH; DIANE MORENO; DINDO
MANGAWANGN AND ELSIE
MANGAWANG; DOMINGO PORTEM
AND REMEDIOS PORTEM; DON
MARAMAG AND BERNARDINA
MARAMAG; DONN DAGDAG
QUINTOS; DUC DO AND PHUONG
DANG; DUNG NGUYEN AND HAO

HOANG; EDDY VILLANUEVA AND )
CECILIA VILLANUEVA; EDEN )
HERRERA AND MYRNA HERRERA; )
EDGAR AGUIRRE; EDMUND C. )
GUILLERMO; EDUARDO )
ALMODOVAR AND SIBYL )
ALMODOVAR; EDWARD PATACSIL )
AND NELL STERLING PATACSIL; )
EFREN M. RAMIN AND VICTORIA )
RAMIN; ELEANOR V. LICUP AND )
DANTE G. LICUP; ELISA MARCAIDA )
AND FREDERICO MARCAIDA; )
ELIZABETH FLORES AND RAFAEL )
FLORES TORRES; ELSA ORITO; ELSIE )
LAVARIAS AND DOMINADOR )
LAVARIAS; EMERALDA MACTAL AND )
PEPITO VILLEDO; EMMA DE CASTRO; )
EPSOM ALMAZAN; ERLINDA PANIS; )
ERLINDA SERENO; ESPERIDION )
LABORETE AND JESSIE LABORETE; )
EUGENE LOPEZ; EUNICE LEE AND )
GILBERT LEE; EVA ORTEGA; )
FILDRES RUNEZ; FLORENTINO )
MENOR AND GRACE MENOR; )
FLORIDO MIRAN AND MARILYN )
MIRAN; FLORO ESPINOSA AND )
ANGELITA ESPINOSA; FRANCISCO )
UBANA AND THELMA UBANA; GANIR )
AGUILAR; GEORGE BARRAGAN; )
GERMAN HERNANDEZ AND EDGAR )
DIAZ; GERMAN HERNANDEZ AND )
ERIKA MORALES; GLORIA ENRIQUEZ )
AND EMMANUEL ENRIQUEZ; GRACE )
MICHAELLA DE CASTRO; GRACE )
NEBRE AND NELIA NEBRE; )
GUADALUPE SEGURA AND MARIA )
SEGURA; GUILLERMINA GONZALEZ; )
GUL A. ZIKRIA AND HOMAYRA )
ZIKRIA; GUO XIONG XU AND YANNA )
ZHAO; HAN HUYNH; HEIDI HA )
NGUYEN; HENRY CHAN AND DUC )
HUYNH; HERIBERTO CORTES; HIEN )
TRAN; HOMER LICUP AND ANN )
LIZETTE LICUP; HOMER MORENO )
AND MARJORIE EDNA MATEO; )
HOMERO CANTU AND IRENE D. )

CANTU; HONG HE; HONG TRAN;
HORTENCIA RUIZ; HUALEE WANG;
HUNG THAI AND MINHTRAM PHAM;
HUONG NGUYEN; HUYEN KIM THI
TRINH; HUY-VINNY NGOC
NGUYEN;INOCENCIA ARINDAENG;
IRINEO PADILLA; ISABEL
FERNANDEZ; ISABELITA
FERNANDEZ; ISIDRO PEREZ; JAIME
ACIO; JAMES HUNT JR. AND LANLEE
LANI LONG; JASMIN TOLEDO;
JAVIER MENDEZ; JEANNA HIBBITT;
JENNIFER DUNGCA AND SHERWIN
DUNGCA; JENNIFER MORRIS; JENNY
TRAC; JERROLD JON LLOPIS; JESSE
USON; JESUS VASQUEZ; JOAQUIN
TIANGCO AND LOLITA TIANGCO;
JOEL MESINA AND ALICIA MESINA;
JOHN DALY AND CARMENCITA
YANGA-DALY; JOSE DE OCAMPO III;
JOSE FLORES AND ALVA V. FLORES;
JOSE GARCIA AND CONSUELO
GARCIA; JOSE HENRIQUEZ; JOSE
PADILLA; JOSE TURCIOS AND
CONCEPCION TURCIOS; JOSE
ZUNIGA; JOSEFINA LAMPA-DE LEON;
JOSELITO FABIONAR; JUAN
BALTAZAR; JUAN PRADO AND EVA
PRADO; KATHLEEN DEMEUTH;
KATHRYN COWAN; KEITH
HAESEMEYER AND MARIA
HAESEMEYER; KEN PAAR AND
PRASAI PAAR; KEN PHAM AND TINA
TRAN; KIM DINH NGUYEN; KIM HA
VU; KISU KIM; LAI LE; LENA PHAM;
LETICIA CORTES AND HERIBERTO
CORTES; LETICIA SERRANO; LILIA
DIZON; LILIAN NAKU; LILIBETH
ALBANO AND FERDINAND L.
ALBANO; LINDA BUEHLING; LINDA
PODA; LITA DE LARA; LIZA AMMON;
LOC LE; LODIVINA ALVAREZ;
LOLITA ANDAYA; LOUELLA
MANZANO; LOUELLA MANZANO AND
ROMEO MANZANO; LUCILA
GONZALEZ; LYDIA CENCIL; LYDIA

1  EDEJER; LYNN RAMOS; MAGDALENA )
   ASUNCION AND ANTONIO ASUNCION; )
2  MAI TRAN AND HUE                )
   NGUYEN;MANUEL CRUZ; MANUEL      )
3  GONZALES; MANUEL GONZALES AND   )
   WILMA LIAO; MANUEL MAMARADLO    )
4  AND LIBRADA                     )
   MAMARADLO;MANUEL OPILAS;        )
5  MARCELINO SORIANO AND ALEGRIA   )
   SORIANO; MARCO AGUIRRE;         )
6  MARGARET VIERRA; MARIA          )
   BOLIVAR; MARIA ELENA PERMITO;   )
7  MARIA FIALHO; MARIA SUSETTE     )
   SOLA AND ALLAN SOLA; MARIA      )
8  TUNCHEZ; MARIA ZETA TORRES;     )
   MARIBEL RUIZ; MARIETTA TAN;     )
9  MARILYN ANG; MARJORIE PARAISO   )
   AND EDWIN DAVID; MARK DAI;      )
10 MARTHA RINCON JARAMILLO AND     )
   MARTIN REYNA; MARTIN NAVARRO    )
11 AND CARMEN NAVARRO; MARY ANN    )
   HERNANDEZ; MARY ANN NEVERIDA;   )
12 MAX DE GUZMAN AND MARIETA DE    )
   GUZMAN; MELODY LOPEZ; MELVIN    )
13 DANCEL AND AGUSTINA DANCEL;     )
   MELVIN NAGTALON; MERCEDES       )
14 ALBANA; MERCELINDA CRUZ;        )
   MERLE VIRAY AND JIMMY VIRAY;    )
15 MERLITA LAVARIAS; MICHAEL       )
   MCCARTHY AND RIZALINA           )
16 MCCARTHY; MICHAEL NGUYEN;       )
   MICHELLE HA; MIGUEL ESCOBEDO;   )
17 MIKE NGUYEN; MILA ESTRADA AND   )
   DAVID ESTRADA; MINERVA TAMAYO   )
18 AND RICARDO TAMAYO; MODESTO     )
   BILBAENO JR AND CAROLINA        )
19 BILBAENO; NANCY QUACH AND VU    )
   TRAN; NAPOLEON OLEGARIO AND     )
20 LORNA OLEGARIO; NELITA WAYNE;   )
   NELLIE WAYNE; NESTOR            )
21 CONSTATINO; NHA NGUYEN AND      )
   NGOCTRAM VU; NHUNG TRAN AND     )
22 NHUNG TRAN; NHUT NGUYEN AND     )
   THUY LUONG; NICOLAS REYES;      )
23 NOEMI SABADO; NONETTE           )
   BERMUDEZ AND ERNIE BERMUDEZ;    )
24
25

1  NORA ORTEZA AND LEONICIO )
   ORTEZA; NORA PENAFLOR; NORIEL )
2  ADRICULA AND MARIA LOURDES )
   ADRICULA; NORMA CABAYA; NORMA )
3  CABAYA AND HARESH CABAYA; )
   NORMITA CACHAPERO; OCTAVIO )
4  GARCIA AND EVA GARCIA; OMER )
   KASSA; OSARO IKHYWUREFE; PABLO )
5  KISLANKA AND INES KISLANKA; PAT )
   ELA; PATRICIA CAMPOVERDE; PAZ )
6  VERANO; PEDRO BERCASIO; PEDRO )
   CARBAJAL AND SILVIA CARBAJAL; )
7  PEDRO V. AGUILAR AND MARIA E. )
   ALONZO; PETE TOLEDO AND JASMIN )
8  TOLEDO; PETER A. MACIEL; PETER )
   GRIMES AND AGNES GRIMES; PETER )
9  MARCIEL; PHILIPP ILAGAN AND )
   KATHERINE ILAGAN; PHUC TRAN; )
10 PHUC TRONG LE AND KIM VU )
   LEPORFERIO EBORLAS; PURISIMA )
11 LACONICO; RACHEL LICUANAN; )
   RACHEL LICUANAN AND GIGI )
12 KUANG; RAMON GONZALEZ; RAMON )
   ILLAN; RANDY NAKU; REBECCA )
13 ANDRES; REBECCA TRAN; REVINSON )
   ALIM AND JENNY ALIM; RICARDO )
14 ZAMARRIPA AND MARTHA RUIZ; )
   RICHARD MITRA AND LIZA MITRA; )
15 RIFAT HASA AND BELKIZA HASA; )
   ROBERT EDGREN; RODITHA )
16 CAMACHO; RODITHA CAMACHO AND )
   GLORIA ASUNCION; RODOLFO )
17 CAIREL AND AVEL CAIREL; )
   RODOLFO MAGDALENO; ROEL )
18 VILLANUEVA AND MILDRED )
   VILLANUEVA; ROGELIO BERMUDEZ )
19 AND LUCY AGNES BERMUDEZ; )
   ROGER MANAOAT AND LOLITA )
20 MANAOAT; ROLLY CHENG AND )
   JENNIFER CHENG; ROMEO )
21 CABANILLA; ROMEO QUREISHI AND )
   JULIA QUREISHI; ROMULO MILLAN; )
22 ROSALIA AUSTRIA AND ARTEMIO )
   AUSTRIA; RUBEN BAUTISTA; RUDY )
23 CABERO AND LILIBETH CABERO; )
   RUSS CHICO AND LIBERTY CHICO; )
24
25

RUSTICO CORPUZ AND WILMA )
CORPUZ; SALVADOR SASING AND )
TERESITA SASING; SAMUEL APOSTOL )
AND LERMA APOSTOL; SAUL )
GONZALEZ AND ROSAURA M. )
MARTINEZ; SEGUNDO CRISTOBAL )
AND ROWENA NAVARRO; SENEN )
OCHOA; SENEN OCHOA AND AIDA D. )
OCHOA; SHAINA LISNAWATI; )
SHELLY HA AND TU NGUYEN; )
SHERRYL LISING AND CARMELITA )
LISING; SHIRLEY XU AND DAN XU; )
SILVANIO CERVANTES AND JUANITA )
CERVANTES; SOFIA JOPILLO; )
SOLEDAD VELACRUZ; STEVEN )
NGUYEN AND TRISHE NGUYEN; )
SUSAN HOANG AND DANIEL HOANG; )
TAI TRUONG; TERESA M. GOODELL; )
TERESITA FERRER AND DANIEL )
GENOVE; THOMAS DIEP; TIEN PHAM; )
TIN PHAM AND VOTHA NONG; TITA )
CONCEPCION; TITO LANTANO AND )
DOLORES LANTANO; TONY )
ATMODJO; TRAN DAO; TRINH MAI; )
TRI-PHUOC LE; TRUAT NGUYEN; VAN )
PHAM AND THINH PHAM; VANNA )
LEN; VICTORIA ATILANO AND PABLO )
ATILANO; VIET PHAM AND TUNG )
NGUYEN; VILMA BARRERA; VILMA )
VISITACION-FERNANDEZ; VIRGINIA )
SEBASTIAN AND VIRGINIA )
SEBASTIAN; VON ROYCE )
VILLANUEVA; VUONG DO AND THU )
NGUYEN; WILLIAM GUILLEN AND )
ROSARIO GUILLEN; ZENAIDA )
CARBONEL AND FILPINO CARBONEL; )
ZOILA BENITEZ; ; WILLIAM ANG and )
ANNABELLE ANG; JULIETA BUGAS; )
ALBERT ALEJO AND PEDRO ALEJO; )
ANTONIO ALVE; GUILLERMO )
AQUINO and THELMA AQUINO; )
BRYAN BA; BRANDON BA; CARMELA )
BAUHOFER and MARK BAUHOFER; )
ERLINDA BAUTISTA; DORINDA CHU; )
JOSE CRUZ; DINAH CRUZ; FLORO )
ESPINOSA and ANGELITA ESPINOSA; )

LEYNE  FERNANDEZ and JOSE
FERNANDEZ; EDUARDO FERRER;
ARNEL FRANCISCO and JANETH
FRANCISCO; DIANA GLUKHAYA and
DANIIL GLUKHOY; JOSE GONZALEZ
and ALICIA GONZALEZ; AMELITA
GUINTO; ALI HOXHA; DOMINADOR
IGNACIO; HACH KHANN; IRINA
KOLESNIKOVA and ANDREY
KOLESNIKOV; AUGUSTIN LUGUE;
DIOSDADO MACASAET; BAO MAI;
THAI MAI and TIEN PHAM ; LOUELLA
MANZANO; ROMEO MANZANO JR;
LILIAN NAKU; NELSON NARCISO and
DEMETRIA NARCISO; THAO TRAM
NGUYEN and QUANG TO; THANH
NGUYEN; JOSEPH NGUYEN and ANNIE
NGUYEN; LUONG NGUYEN and HANH
DO; MERCY OBMERGA;  KUTJM PEKU
and SULTANA PEKU; EFREN M RAMIN
and ERIC C. RAMIN; VICTORIA
RAMIN; MILAGROS RETUTA;
AURORA RIGON; BILL SULLIVAN;
YURIY SHANYUK and NATALIYA
SHANYUK; GERARDO SOLIZ and
MARGIE SOLIZ; SOMCHAI TUANTHET
and DUANGDO TUANTHET; TINA
TRAN and KEN PHAM; JULIE
TABIEZA; KHLOEUNG YOU and
SOKHEMALY LENG; ANATOLI
YEVDASH; DANIEL YOUNG;
KHLEOUNG YOU AND SOKHEMALY
LENG; MARLENE GONZALES;
BRIGIDA PALARUAN and PONCIANO
PALARUAN; EDUARDO FERNANDEZ
and ISABELITA FERNANDEZ; SUSANA
VELASCO  and ALEX VELASCO;
ERLINDA AGONOY and HARRY
AGONOY; LARA ANDRADA and
CATHERINE ANDRADA; KATHY BA;
JERRY LEE BURNETT ; VIRGINIA
BABIANO ; BRUCE BANH;  PAULINE
CANAS ; CONRADO CORPUZ;  PHUON
ITH ; VIOLETA J. MONTERO;
CONSUELO PARHAM;    AGNES
RATUITA;  ROGER BARROW ;

CARLITO BUGAS;  PURIZA BURTON;  )
FRANCES CAO ; NAM DO and JENNY  )
NGUYEN; NELSON DOCOT and  )
GEDELIZA DOCOT;   CUONG DO AND  )
MINHA DO;  EMERITA  ROSS;  )
CARLOS  HERRERA and ROSA  )
HERRERA;  MICHAEL HOLLMAN AND )
LALAINE HOLLMAN ;  MANUEL  )
VILLANEDA;  MARIA JIMENEZ ;  )
PABLO KISLANKA and INES  )
KISLANKA;  HAO LAM;  JUSTIN  )
SHIENG and PHIKHEANG UNG;  EMIL )
LAXAMANA and AGNES LAXAMANA;  )
JANET PALOMARES;  LOC NGUYEN  )
and DIEP NGUYEN ;  JIM NGUYEN and )
VAN K. HONG;   HIEU NGUYEN;  )
DOMINADOR MADRIAGA and NORMA )
MADRIAGA;  SUZANNE LOBATO  and )
MARK ROCHA;  ANGELITA PABLO;  )
JAY MCREYNOLDS and COLLEEN  )
MCREYNOLDS ;  ALBERT MAC and INA )
FENG ;  ISMAEL MADERA AND JOSIE  )
MADERA ;  ALMA MADRIAGA and  )
ALFREDO MADRIAGA;   GENEVIEVE  )
MALIING;  MIKE NGUYEN ; XUANSON )
NGUYEN;   JOHN NGUYEN and KIM  )
ANH NGUYEN;  PALOMARES and  )
JANETTE PALOMARES ; EDMUNDO  )
SALGADO and GRACE SALGADO;  )
THANG NGUYEN ; BERNARDO  )
GARCIA;  LENA PHAM' ; TUNG PHAM; )
RAMON POMPA and MARIA POMPA;  )
THOMAS POWEL and YUPHIN  )
POWELL ;  JUANITO RAMIREZ and  ))
MARCELA RAMIREZ ;  ROSE  )
RODRIGUEZ  ; CARMELITA SUSBILLA )
;  JASVEER TAKHAR ; DIANA THACH ; )
DINGO TORICCO and WINIFRED  )
LEDESMA ;  GENOVEVA URENA;  )
JOSE VASQUEZ;  NORMA VILLORIA;  )
TUAN VU;  THOMAS VUONG and  )
HONG DIEP; KHLOEUNG YOU and  )
SOKHEMALY LENG;   GEORGE  )
BARRAGAN;   DEMA SUETOS;  )
WILLIAM RESCHERT and DAIY  )
RESCHERT; SIUA MAFILEO and MELE )

SUNIA MAFILEO ; MARITES BACANI )
DE LEON ; NAPOLEON AMOS and )
REYNALDO AMOS ; ANDRELI )
ANCHETA ; JOHNY AQUINO and )
JULIE AQUINO ; EDITH ANDO ; ELENA )
PLACIDO; LUIS SORIA ; DHANNY )
GUANZON and ROSARIO GUANZON; )
CANDY VILLANUEVA and )
CRISOSTOMO VILLANAUEVA; )
REYMONDO FERMO; ANNA BELLE )
BENAVIDEZ; HENRY DE VERA and )
HELEN TORIO; HECTOR ALVARADO )
and AGUEDA ALVARADO; )
ALEJANDRO SANCHEZ and JACKELYN )
SANCHEZ; OSCAR BANEGAS; OSCAR )
CARDONA; DEONSHAWN STROTHER; )
TERRY VALENCIA and NOEL )
VALENCIA; MANUEL DEVERA; )
MINERVA TAMAYO and RICARDO )
TAMAYO; All Individuals, on behalf of )
themselves and others similarly situated, )
and ROES 482 through 5000, inclusive )
                                        )
                 Plaintiff,             )
                                        )
            vs.                         )
                                        )
MORTGAGE ELECTRONIC SYSTEMS, )
INC. aka MERS, INC.; ACE MORTGAGE )
FUNDING LLC;AEGIS WHOLESALE )
CORPORATION;ALL HOME LENDING, )
INC.;AMERICAN BROKERS )
CONDUIT;AMERICAN HOME EQUITY )
CORPORATION;AMERICAN HOME )
MORTGAGE SERVICING, )
INC.;AMERICAN INVESTMENT )
ASSOCIATION, INC.;AMERICAN )
MORTGAGE NETWORK,INC.; )
AMERICA'S WHOLESALE )
LENDER;AMERIQUEST MORTGAGE )
COMPANY;AMPRO MORTGAGE; )
ARGENT MORTGAGE COMPANY, )
LLC;AMERICAN SERVICING )
CORPORATION;AURORA LOAN )
SERVICES LLC;AXIS MORTGAGE AND )
INVESTMENT, LLC;BANC OF AMERICA, )
NATIONAL ASSOCIATION;BANCO

POPULAR, N.A.;BANK OF AMERICA,                     )
N.A.;BARCLAYS CAPITAL REAL ESTATE)
INC.;BARCLAYS CAPITAL REAL ESTATE)
INC., DBA HOMEQ                                   )
SERVICING;BAYROCK MORTGAGE        )
CORPORATION;BAYVIEW LOAN          )
SERVICING;                        )
BC BANCORP;BEAR STEARNS           )
RESIDENTIAL MORTGAGE              )
CORPORATION;BNC MORTGAGE          )
INC.;BONDCORP REALTY SERVICES,    )
INC.;BOTTOMLINE MORTGAGE,         )
INC;CAPSTONE LENDING CORP.;CASA   )
BLANCA MORTGAGE, INC.;CENTRAL     )
MORTGAGE COMPANY;                 )
CHASE;CHRISTIANA BANK AND TRUST )
COMPANY;CITI MORTGAGE INC.;       )
CITIBANK, NATIONAL                )
ASSOCIATION;CITICORP TRUST BANK,  )
FSB;COMMUNITY LENDING             )
INCORPORATED;COUNTRYWIDE BANK,)
N.A.;)                            )
COUNTRYWIDE HOME LOAN             )
SERVICING LP. ECC CAPITAL         )
CORPORATION;COUNTRYWIDE HOME )
LOANS SERVICING LP;COUNTRYWIDE )
KB HOME LOANS;CTX MORTGAGE        )
COMPANY;DECISION ONE MORTGAGE )
COMPANY, LLC;DEL SUR CORP. DBA    )
CAMINO REAL MORTGAGE              )
BANKERS;DEUTSCHE BANK             )
NATIONALTRUSTCOMPANY.;DEUTSCH )
E BANK TRUST COMPANY              )
AMERICAS.;DHI MORTGAGE            )
COMPANY;DOWNEY SAVINGS AND        )
LOAN ASSOCIATION, F.A.;DYNAMIC    )
MORTGAGE FINANCIAL                )
CORPORATION;EMC MORTGAGE          )
CORPORATION;ENCORE CREDIT         )
CORP.;EQUIFIRST CORP.; EQUIFIRST  )
CORPORATION;EVER BANK;            )
EXECUTIVE FUNDING UT,             )
INC.;EXECUTIVE FUNDING,           )
INC.;EXPRESS CAPITAL LENDING;EZ   )
FUNDING CORP;FDIC AS RECEIVERFOR )
WASHINGTON MUTUAL                 )

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

BANK;FIELDSTONE MORTGAGE
COMPANY;FIRST FEDERAL BANK OF
CALIFORNIA;FIRST FINANCIAL
EQUITIES, INC;FIRST FRANKLIN;FIRST
FRANKLIN FINANCIAL CORP;FIRST
GUARANTY FINANCIAL
CORPORATION;FIRST HORIZON HOME
LOANS;FIRST MAGNUS FINANCIAL
CORPORATION;FIRST NATIONAL BANK
OF ARIZONA;FIRST STREET FINANCIAL
INC.;FLAGSTAR BANK, FSB;FREMONT
INVESTMENT & LOAN;GMAC
COMMERCIAL MORTGAGE
CORPORATION;GMAC MORTGAGE,
LLC;GOLDEN STATE T.D.
INVESTMENTS, LLC;GREEN POINT
MORTGAGE FUNDING, INC;HOME
AMERICAN CREDIT, INC.;HOME FUNDS
DIRECT;HOME LOAN FUNDING,
INC.;HOME LOAN SPECIALISTS,
INC.;HOME SAVINGS OF
AMERICA;;HOMEAMERICAN
MORTGAGE CORPORATION;
HOMECOMINGS FINANCIAL,
LLC;HOMEQ SERVICING;HOMEWIDE
LENDING CORP.;HSBC;HSBC BANK USA,
NATIONAL ASSOCIATION;HSBC
MORTGAGE CORPORATION;IMB
INDYMACBANK; IMPAC FUNDING
CORPORATION; IMPAC FUNDING
CORPORATION DBA IMPAC LENDING
GROUP;INDYMAC BANK, F.S.B.;
INTERBAY FUNDING, LLC;JP MORGAN
CHASE BANK N.A.
FKAWAMU;JPMORGAN CHASE BANK
NA;JPMORGAN CHASE BANK, N.A.FKA
EMC;K. HOVNANIAN AMERICAN
MORTGAGE, LLC;KB HOME MORTGAGE
COMPANY;  L A MANAGEMENT &
SERVICES, INC.
LASALLE BANK NATIONAL
ASSOCIATION; LEHMAN BROTHERS
BANK, F.S.B.; LENDING 1ST MORTGAGE,
LLC;LIBERTY AMERICAN MORTGAGE
CORP;LITTON LOAN SERVICING
LP;LONG BEACH MORTGAGE

COMPANY;M&T MORTGAGE
CORPORATION; MCIG CAPITAL
CORPORATION;MIT LENDING;
MORTGAGEIT, INC.;MOUNTAIN WEST
FINANCIAL INC.;NATIONAL  CITY
MORTGAGE  CO.;NATIONSTAR
MORTGAGE LLC; NATIONWIDE
DISCOUNT HOME LOANS; NBGI,
INC.;NETWEST MORTGAGE SERVICE,
INC.;NEW CENTURY MORTGAGE
CORPORATION; NORTH AMERICAN
MORTGAGE COMPANY;OCWEN LOAN
SERVICING, LLC;ONEWEST BANK;
OPTEUM FINANCIAL SERVICES, LLC;
OPTION ONE MORTGAGE
CORPORATION;PACIFIC MUTUAL
FUNDING, INC;PEOPLE'S CHOICE HOME
LOANS, INC;PFF BANK & TRUST; PHH
MORTGAGE CORPORATION; PLATINUM
CAPITAL GROUP; PLAZA HOME
MORTGAGE, INC.; PMC BANCORP;
PRICELINE MORTGAGE COMPANY,
LLC;PRIMARY RESIDENTIAL
MORTGAGE, INC.;PRIMUS LENDING
CORP.; PROVIDENT FUNDING
ASSOCIATES, LP; RECONTRUST
COMPANY, N.A.; RESIDENTIAL CREDIT
SOLUTIONS; RESIDENTIAL FUNDING
COMPANY, LLC; RESIDENTIAL
FUNDING CORPORATION; RESMAE
MORTGAGE CORPORATION; REUNION
MORTGAGE INC.; RFG BANKERS;
ROUNDPOINT MORTGAGE SERVICING
CORP.; SAXON MORTGAGE SERVICES,
INC.; SBC BANK USA, NATIONAL
ASSOCIATION. SBC BANK USA,
NATIONAL ASSOCIATION. HSBC BANK
USA, N.A; SCME MORTGAGE BANKERS,
INC; SECURED FUNDING CORP.;
SECURITY NATIONAL MORTGAGE
COMPANY;SELECT PORTFOLIO
SERVICING INC; SFF MORTGAGE, INC.
DBA SECURITY FIRST FINANCIAL;
SHASTA FINANCIAL SERVICES,
INC.;SILVER STATE FINANCIAL
SERVICES, INC;.SOUTH LAKE

MORTGAGE CAPITAL; STEARN )
LENDING, INC.;STEWARD FINANCIAL, )
INC.;SUN WEST MORTGAGE COMPANY, )
INC; SUNTRUST MORTGAGE, INC; )
TERWIN ADVISORS, LLC DBA THE )
WINTER GROUP;THE BANK OF NEW )
YORK;THE BANK OF NEW YORK TRUST )
COMPANY, NA;THE CIT GROUP/ )
CONSUMER FINANCE, INC.;THE )
MORTGAGE STORE FINANCIAL , )
INC.;TRUST ONE MORTGAGE )
CORPORATION;U.S. BANK NATIONAL )
ASSOCIATION;UNIVERSAL AMERICAN )
COMPANY, LLC; VERICREST )
FINANCIAL, INC.;WACHOVIA; )
WACHOVIA MORTGAGE CORP.; )
WASHINGTON MUTUAL BANK, FA; )
WELLS FARGO; WELLS FARGO BANK, )
N.A; WELLS FARGO BANK, N.A., D/B/A )
AMERICA'S SERVICING COMPANY; )
WELLS FARGO BANK, N.A./GMAC )
MORTGAGE, LLC;WELLS FARGO HOME )
MORTGAGE;WELLS FARGO HOME )
MORTGAGE, INC;WESTLEND )
FINANCING, INC.;WILMINGTON )
FINANCE, INC.WILMINGTON TRUST )
COMPANY;WILSHIRE CREDIT )
CORPORATION;WINDSOR CAPITAL )
MORTGAGE CORP.;WINSTAR )
MORTGAGE PARTNERS, INC.;WMC )
MORTGAGE CORP.; WORLD SAVINGS )
BANK, F.S.B.; ACE SECURITIES CORP. )
HOME EQUITY LOA TRUST, SERIES )
2007-HE3; ALTERNATIVE LOAN TRUST )
2005-51; ALTERNATIVE LOAN TRUST )
2005-J13; ALTERNATIVE LOAN TRUST )
2006-OA2;ALTERNATIVE LOAN TRUST )
2007-HY2;ALTERNATIVE LOAN TRUST )
2007-HY4;ALTERNATIVE LOAN TRUST )
2007-HY7C;BANC OF AMERICA )
ALTERNATIVE LOAN TRUST 2005-5; )
BANC   OF   AMERICA   ALTERNATIVE )
LOAN TRUST 2005-8;BANC OF AMERICA )
ALTERNATIVE LOAN TRUST 2006-3; )
BANC   OF   AMERICA   ALTERNATIVE )
LOAN TRUST 2006-9;BANC OF AMERICA )

FUNDING 2008-R3 TRUST; BANC OF )
AMERICA MORTGAGE 2007-3 TRUST;     )
BANC OF AMERICA MORTGAGE 2007-4 )
TRUST;LEHMAN XS TRUST, SERIES )
2007-15N;BANC OF AMERICA FUNDING )
2007-6 TRUST;RFMSI SERIES 2006-S12 )
TRUST;WASHINGTON MUTUAL )
MORTGAGE PASS-THROUGH )
CERTIFICATES WMALT SERIES 2006- )
AR3;LEHMAN XS TRUST, SERIES 2006- )
GP2;CITICORP MORTGAGE SECURITIES )
TRUST, SERIES 2007-1;GREENPOINT )
MORTGAGE FUNDING TRUST, SERIES )
2007-AR1;LEHMAN XS TRUST, SERIES )
2005-2;MORGAN STANLEY MORTGAGE )
LOAN TRUST 2006-9AR; FIELDSTONE )
MORTGAGE INVESTMENT TRUST, )
SERIES 2005-3; RALI SERIES 2006-QO9 )
TRUST; STRUCTURED ADJUSTABLE )
RATE MORTGAGE LOAN TRUST )
MORTGAGE PASS-THROUGH )
CERTIFICATES, SERIES 2005-16XS; )
GREENPOINT MORTGAGE FUNDING )
TRUST, SERIES 2006-AR8;RASC SERIES )
2006-EMX3 TRUST;LEHMAN XS TRUST, )
SERIES 2006-2N;GSR MORTGAGE LOAN )
TRUST 2006-OA1;INDYMAC INDX )
MORTGAGE LOAN TRUST 2006-AR7;     )
LEHMAN XS TRUST SERIES 2007-2N;    )
GSAA HOME EQUITY TRUST 2007-4;     )
ACE SECURITIES CORP. HOME EQUITY )
LOAN TRUST, SERIES 2006-OP2;        )
ALTERNATIVE LOAN TRUST 2006-OC8;  )
MORGAN STANLEY ABS CAPITAL I INC. )
TRUST 2006-HE8; MASTR ADJUSTABLE )
RATE MORTGAGES TRUST 2006-OA2;    )
BANC OF AMERICA MORTGAGE 2008-A )
TRUST;HARBORVIEW MORTGAGE )
LOAN TRUST 2006-9;BANC OF AMERICA )
MORTGAGE 2008-A TRUST;LEHMAN XS )
TRUST, SERIES 2006-5; MASTR )
ADJUSTABLE RATE MORTGAGES )
TRUST 2007-HF1;ACE SECURITIES CORP. )
HOME EQUITY LOAN TRUST, SERIES )
2005-HE6 ASSET BACKED PASS- )
THROUGH; MASTR ASSET BACKED )

SECURITIES TRUST 2006-NC3;
ALTERNATIVE LOAN TRUST 2007-OA6;  )
GREENPOINT MORTGAGE FUNDING)
TRUST, SERIES 2006-AR6; INDYMAC)
INDA MORTGAGE LOAN TRUST 2007-)
AR9; FIRST HORIZON MORTGAGE PASS-)
THROUGH TRUST 2007-AA2;          )
EQUIFIRST    LOAN    SECURITIZATION)
TRUST 2007-1;NOVASTAR MORTGAGE)
FUNDING TRUST, SERIES 2006-6;       )
GREENPOINT MORTGAGE FUNDING)
GRANTOR TRUST 1-A3A2 SERIES 2006-)
AR7;BEAR STEARNS ASSET BACKED)
SECURITIES I TRUST 2006-HE8;        )
NATIONSTAR HOME EQUITY LOAN)
TRUST 2007-CBEAR STEARNS ALT-A)
TRUST II 2007-1;ALTERNATIVE LOAN)
TRUST          2007-OH2;HARBORVIEW)
MORTGAGE LOAN TRUST 2006-14;     )
IMPAC   SECURED   ASSETS   CORP.)
MORTGAGE   PASS   THROUGH      1)
CERTIFICATES, SERIES 2004-4;        )
MORGAN STANLEY ABS CAPITAL I INC.)
TRUST 2007-HE7;ALTERNATIVE LOAN)
TRUST 2007-OA11;BANC OF AMERICA)
ALTERNATIVE LOAN TRUST 2005-9;    )
RASC SERIES 2006-KS9 TRUST;         )
BANC OF AMERICA FUNDING 2007-6)
TRUST;J.P.     MORGAN     CHASE)
COMMERCIAL MORTGAGE SECURITIES)
TRUST   2008-C2;ALTERNATIVE   LOAN)
TRUST 2006-OA11;CHASE MORTGAGE)
FINANCE TRUST SERIES 2005-S1;      )
LEHMAN XS TRUST MORTGAGE PASS-)
THROUGH CERTIFICATES, SERIES 2006-)
13;GREENPOINT MORTGAGE FUNDING)
TRUST, SERIES 2006-AR4;LEHMAN XS))
TRUST,   SERIES   2007-16N;JPMORGAN)
CHASE   COMMERCIAL   MORTGAGE)
SECURITIES CORP SERIES 2005-LDP4;  )
ALTERNATIVE LOAN TRUST 2007-AL1;  )
WASHINGTON MUTUAL MORTGAGE)
PASS-THROUGH CERTIFICATES WMALT)
SERIES   2007-5   TRUST;LEHMAN   XS)
TRUST, SERIES 2006-GP2;GSAA HOME)
EQUITY   TRUST   2005-8;WACHOVIA)

BANK   COMMERCIAL   MORTGAGE)
TRUST SERIES 2005-C16;                )
HARBORVIEW    MORTGAGE    LOAN)
TRUST   MORTGAGE   LOAN   PASS-)
THROUGH CERTIFICATES, SERIES 2007-)
2;WASHINGTON     MUTUAL     PASS-)
THROUGH    CERTIFICATES,    WMALT)
SERIES 2006-3;INDYMAC HOME EQUITY)
MORTGAGE    LOAN    ASSET-BACKED)
TRUST,   SERIES   2006-H4;SOUNDVIEW)
HOME LOAN TRUST 2006-OPT2;         )
CITIMORTGAGE ALTERNATIVE LOAN)
TRUST SERIES 2006-A3;INDYMAC INDX)
MORTGAGE LOAN TRUST 2005-AR18;   )
STRUCTURED   ASSET   INVESTMENT)
LOAN      TRUST      2006-BNC3;GSR)
MORTGAGE LOAN TRUST 2007-AR2;    )
MERRILL      LYNCH      MORTGAGE)
INVETORS TRUST, SERIES 2006-HE5;   )
STRUCTURED   ASSET   SECURITIES)
CORPORATION   MORTGAGE   PASS-)
THROUGH CERTIFICATES, SERIES 2006-)
BC6;INDYMAC INDX MORTGAGE LOAN)
TRUST   2004-AR8;INDYMAC   INDA)
MORTGAGE LOAN TRUST 2007-AR2;    )
INDYMAC  IMSC  MORTGAGE  LOAN)
TRUST   2007-F3;PHH   ALTERNATIVE)
MORTGAGE TRUST, SERIES 2007-2;    )
LEHMAN   XS   TRUST   2007-6;HOME)
EQUITY   MORTGAGE   LOAN   ASSET-)
BACKED TRUST, SERIES INABS 2007-A; )
LEHMAN     MORTGAGE     TRUS)
MORTGAGE      PASS-THROUGH)
CERTIFICATES,   SERIES   2005-1;J.P.)
MORGAN   CHASE   COMMERCIAL)
MORTGAGE SECURITIES TRUST 2006-)
LDP6;ALTERNATIVE LOAN TRUST 2007-)
25;J.P. MORGAN MORTGAGE TRUST)
2006-A5;WASHINGTON      MUTUAL)
MORTGAGE      PASS-THROUGH)
CERTIFICATES WMALT SERIES 2006-)
AR3   TRUST;CITIGROUP   MORTGAGE)
LOAN  TRUST  2007-AR7;HARBORVIEW)
MORTGAGE LOAN TRUST 2006-14;     )
MERRILL     LYNCH     MORTGAGE)
INVESTORS TRUST, SERIES 2007-HE1;  )

ALTERNATIVE LOAN TRUST 2006-OA3;  )
ALTERNATIVE LOAN TRUST 2006-OA11; )
SECURITIZED     ASSET     BACKED)
RECEIVABLES LLC TRUST 2007-BR2;    )
CWABS ASSET-BACKED CERTIFICATES)
TRUST  2007-BC1;GSAMP  TRUST  2005-)
WMC1;CITIMORTGAGE   ALTERNATIVE)
LOAN TRUST, SERIES 2006-A3;           )
BANC  OF  AMERICA  FUNDING  2006-H)
TRUST;BEAR STEARNS ASSET BACKED)
SECURITIES I TRUST 2005-AC4;          )
WAMU    MORTGAGE   PASS-THROUGH)
CERTIFICATES,SERIES 2002-AR15;      )
DEUTSCHE     ALT-A     SECURITIES)
MORTGAGE LOAN TRUST, SERIES 2007-)
OA4;THE  WELLS  FARGO  MORTGAGE)
BACKED SECURITIES 2008-AR1 TRUST;  )
MASTR  ALTERNATIVE  LOAN  TRUST)
2005-6;THE WELLS FARGO MORTGAGE)
BACKED SECURITIES 2005-7 TRUST;      )
CITIGROUP MORTGAGE LOAN TRUST,)
SERIES 2005-CB8, C-BASS MORTGAGE)
;LOAN ASSET-BACKED CERTIFICATES.; )
FIELDSTONE MORTGAGE INVESTMENT)
TRUST,     SERIES     2006-3;ARGENT)
SECURITIES INC., ASSET-BACKED PASS-)
THROUGH CERTIFICATES, SERIES 2004-)
W6;CHL MORTGAGE PASS-THROUGH)
TRUST     2004-12;ASSET     BACKED)
SECURITIES    CORPORATION    HOME)
EQUITY  LOAN  TRUST,  SERIES  WMC)
2005-HE5;WELLS  FARGO  MORTGAGE)
BACKED     SECURITIES     2003-7)
TRUST;BANC     OF     AMERICA)
ALTERNATIVE LOAN TRUST 2006-7;     )
BANC  OF  AMERICA  ALTERNATIVE)
LOAN   TRUST   2007-1;ASSET-BACKED)
CERTIFICATES, SERIES 2005-HE10;     )
LONG BEACH MORTGAGE LOAN TRUST)
2006?7;CHASE  MORTGAGE  FINANCE)
TRUST SERIES 2007-A1;                      )
HARBORVIEW    MORTGAGE    LOAN)
TRUST   2006-14;ALTERNATIVE   LOAN)
TRUST  2006-OA2;LEHMAN  XS  TRUST,)
SERIES    2007-6;C-BASS    MORTGAGE)
LOAN  ASSET-BACKED  CERTIFICATES,)

SERIES 2005-CB3;BANC OF AMERICA)
MORTGAGE 2008-A TRUST;BAYVIEW)
FINANCIAL MORTGAGE PASS-)
THROUGH TRUST 2007-A;BEAR)
STEARNS ALT-A TRUST 2007-1;BEAR)
STEARNS ARM TRUST 2005-12;BEAR)
STEARNS ASSET BACKED SECURITIES I)
TRUST 2004-AC4;BEAR STEARNS)
MORTAGE FUNDING TRUST 2007-AR5; )
CHASE MORTGAGE FINANCE TRUST)
SERIES 2007-A2;CHASE MORTGAGE)
FINANCE TRUST SERIES 2007-S4; )
CHL MORTGAGE PASS-THROUGH)
TRUST 2004-12;CITIGROUP MORTGAGE)
LOAN TRUST, SERIES 2004-CB7; )
CITIMORTGAGE ALTERNATIVE LOAN)
TRUST SERIES 2007-A6;CITIMORTGAGE)
ALTERNATIVE LOAN TRUST, SERIES)
2007-A3;CWABS ASSET-BACKED)
CERTIFICATES TRUST 2005-10; )
CWALT INC ALTERNATIVE LOAN)
TRUST 2006-18CB;DSLA MORTGAGE)
LOAN TRUST 2005-AR6; )
ENCORE CREDIT RECEIVABLES TRUST)
2005-1;FEDERAL NATIONAL)
MORTGAGE ASSOCIATION;)
FIELDSTONE MORTGAGE INVESTMENT)
TRUST, SERIES 2006-3;FIRST FRANKLIN)
MORTGAGE LOAN TRUST 2006-FF2; )
GMAC COMMERCIAL MORTGAGE)
SECURITIES, INC. SERIES 2006-C1)
TRUST;GREENPOINT MORTGAGE)
FUNDING TRUST, SERIES 2006-AR4; )
GSAA HOME EQUITY TRUST 2006-20; )
GSAA HOME EQUITY TRUST 2007-8; )
GSAMP TRUST 2005-)
WMC1;HARBORVIEW MORTGAGE)
LOAN TRUST 2006-12;HARBORVIEW)
MORTGAGE LOAN TRUST 2006-4; )
HARBORVIEW MORTGAGE LOAN)
TRUST 2007-6; HOME EQUITY PASS-)
THROUGH CERTIFICATES, SERIES 2007-)
3;HSI ASSET SECURITIZATION)
CORPORATION TRUST 2006-HE2; )
INDYMAC HOME EQUITY MORTGAGE)
LOAN ASSET-BACKED TRUST, SERIES)

2006-H4;INDYMAC IMSC MORTGAGE
LOAN TRUST 2007-HOA1;INDYMAC
INDX MORTGAGE LOAN TRUST 2005-
AR7;INDYMAC INDX MORTGAGE LOAN
TRUST 2006-AR15;INDYMAC INDX
MORTGAGE LOAN TRUST 2006-AR19;
INDYMAC INDX MORTGAGE LOAN
TRUST 2006-AR23;INDYMAC INDX
MORTGAGE LOAN TRUST 2006-AR25;
INDYMAC INDX MORTGAGE LOAN
TRUST 2006-AR39;INDYMAC INDX
MORTGAGE LOAN TRUST 2007-AR13;
J.P. MORGAN ALTERNATIVE LOAN
TRUST 2007-A2;J.P. MORGAN CHASE
COMMERCIAL MORTGAGE SECURITIES
TRUST 2006-LDP7;J.P. MORGAN CHASE
COMMERCIAL MORTGAGE SECURITIES
TRUST 2007-C1;LEHMAN MORTGAGE
TRUST 2007-6;LEHMAN MORTGAGE
TRUST 2007-8;LEHMAN XS TRUST 2005-
9N;LEHMAN XS TRUST, SERIES 2005-2;
LEHMAN XS TRUST, SERIES 2006-12N;
LEHMAN XS TRUST, SERIES 2006-GP2;
LEHMAN XS TRUST, SERIES 2007-16N;
LEHMAN XS TRUST, SERIES 2007-2N;
LUMINENT MORTGAGE TRUST 2007-2;
MASTR ASSET BACKED SECURITIES
TRUST 2007-WMC1;MERRILL LYNCH
ALTERNATIVE NOTE ASSET TRUST,
SERIES 2007-OAR1;MERRILL LYNCH
MORTGAGE INVESTORS (MLMI) TRUST
SERIES 2006-HE3;MORGAN STANLEY
ABS CAPITAL I INC. TRUST 2005-HE6;
MORGAN STANLEY ABS CAPITAL I INC.
TRUST 2006-HE6;MORGAN STANLEY
ABS CAPITAL I INC. TRUST 2007-NC4;
MORGAN STANLEY MORTGAGE LOAN
TRUST 2007-13;MORGAN STANLEY
MORTGAGE LOAN TRUST 2007-8XS;
MORTGAGE LOAN ASSET-BACKED
CERTIFICATES, SERIES 2006-BC4;
MORTGAGE PASS THROUGH
CERTIFICATES, SERIES 2005-HE3
MORGAN STANLEY ABS CAPITAL I INC.
TRUST 2005-HE3;MORTGAGE PASS-
THROUGH CERTIFICATES, SERIES 2006-

HE6; MORGAN STANLEY ABS CAPITAL I )
INC. TRUST 2006-HE6;MORTGAGEIT )
TRUST 2005-5;NOMURA ASSET )
ACCEPTANCECORPORATION,ALTERNA )
TIVE LOAN TRUST, SERIES 2007-3; )
NOVA STAR MORTGAGE FUNDING )
TRUST SERIES 2006-MTA1; )
NOVASTAR MORTGAGE FUNDING )
TRUST, SERIES 2006-6;OPTION ONE )
MORTGAGE LOAN TRUST 2007-2; )
RALI SERIES 2006-QO2 TRUST;RALI )
SERIES 2006-QO6 TRUST;RASC SERIES )
2004-KS10 TRUST;RESIDENTIAL ASSET )
SECURITIZATION TRUST 2006-A12; )
RESIDENTIAL ASSET SECURITIZATION )
TRUST 2006-A6;RFMSI SERIES 2003-S13 )
TRUST;SAST 2007-3 SAXON ASSET )
SECURITIES TRUST;SECURITIZED )
ASSET BACKED RECEIVABLES LLC )
TRUST 2006-WM2;SECURITIZED ASSET )
BACKED RECEIVABLES LLC TRUST )
2007-BR5;SECURITIZED ASSET BACKED )
RECEIVABLES LLC TRUST 2007-HE1; )
SOUNDVIEW HOME LOAN TRUST 2007- )
OPT4;SPECIALTY UNDERWRITING AND )
RESIDENTIAL FINANCE TRUST, SERIES )
2006-BC5;SPECIALTY UNDERWRITING )
AND RESIDENTIAL FINANCE TRUST, )
SERIES 2006-BC5.;STRUCTURED )
ADJUSTABLE RATE MORTGAGE LOAN )
TRUST MORTGAGE PASS-THROUGH )
CERTIFICATES, SERIES 2007-6; )
STRUCTURED ASSET MORTGAGE )
INVESTMENTS II TRUST 2006-AR7; )
THE WELLS FARGO MORTGAGE )
BACKED SECURITIES 2007-11 TRUST; )
WACHOVIA BANK COMMERCIAL )
MORTGAGE TRUST COMMERCIAL )
MORTGAGE PASS-THROUGH )
CERTIFICATES SERIES 2007- )
C3;WACHOVIA BANK COMMERCIAL )
MORTGAGE TRUST COMMERCIAL )—
MORTGAGE PASS-THROUGH )
CERTIFICATES SERIES 2007-C3;WAMU )
MORTGAGE PASS-THROUGH )
CERTIFICATES SERIES 2006-AR19; )

WAMU MORTGAGE PASS-THROUGH)
CERTIFICATES, SERIES 2002-S1;WAMU)
MORTGAGE PASS-THROUGH)
CERTIFICATES, SERIES 2004-AR18)
TRUST;WASHINGTON MUTUAL ASSET-)
BACKED CERTIFICATES WMABS SERIES)
2007-HE2 TRUST; )
WASHINGTON MUTUAL MORTGAGE)
PASS-THROUGH CERTIFICATES,)
WMALT SERIES 2005-10;WASHINGTON)
MUTUAL MORTGAGE PASS-THROUGH)
CERTIFICATES, WMALT SERIES 2005-11; )
WASHINGTON MUTUAL MORTGAGE)
PASS-THROUGH CERTIFICATES,)
WMALT SERIES 2007-)
OA1;WASHINGTON MUTUAL)
MORTGAGE PASS-THROUGH)
CERTIFICATES, WMALT SERIES 2005-)
AR1;WELLS FARGO MORTGAGE)
BACKED SECURITIES 2008-1 TRUST; A.)
TUCKER;AARON MENNE;ABRAHAM)
BARTAMIAN;ADRIANA BANUELOS; )
ALBERT MENDOZA;ANGELICA DEL)
TORO;ANGELICA MEDINA;ANNETTE)
HOLMAN-FOREMAN;B.P )
FLORES;BARBARA HINDMAN;BEN)
CALDWELL;BENJAMIN KIRK;BERTHA)
QUEZADA;BETHANY HOOD;BILL)
KOCH;BRIAN BURNETT;BRYAN BLY; )
CANDICE REEVES HERZOG; )
CASSANDRA S. LEET;CHARMAGNE)
WILLIAMS; CHERYL MONDRAGON; )
CHERYL THOMASCHET SCONYERS; )
CHINA BROWN;CHRISTINE JONES; )
CINDI ELLIS;COLLEEN IRBY; )
CRYSTAL R. MOORE;DALILA OCHOA; )
DARCY PETERS;DARLENE GOMEZ; )
DAVID ARNOLD;DAVID COTTON; )
DAVID GOSS;DAVID RODRIGUEZ; )
DAWN KRONENWETTER;DEBORAH)
BRIGNAC;DEBRA LYMAN; )
DENNIS KIRKPATRICK;DIANE CARTEE; )
EDWARD GALLEGOS;ERICA A.)
JOHNSON-SECK;ERNIE AGUILAR; )
EVA ALVAREZ;EVA TAPIA;FLOR)
VALERIO;GAIL RAMBERG; )

GARY NORD;GREG OERLEMANS;
GULSHAN COMERJEE;HAL BARTOW;
HEIDI GONSALVES;J. C. SAN PEDRO;
JAMES JOHN CEFALIA;JAN WALSH;
JANICE DAVIS;JANICE TREANOR;
JC SAN PEDRO;JEANINE HOFFMAN;
JOE BUENO;JOE KRASOVIC;
JOHN AMADOR;JOHN COASTER;
JOHN CRANDALLJOSELYN CASILLAS;
JUAN     GABRIEL     MORALES;JUDY
FREEMAN;JULIE NGUYEN;
JUSTIN RAUH;KARIME ARIAS;
KARLA SANCHEZ;KEVIN M JACKSON;
KEVIN RUDOLPH;KIMBERLY THORNE
KRISTIN KEMP;KURT S. DE MEIRE;
LAURA CAUPER;LETICIA QUINTANA;
LINDA GREEN;LISA MARKHAM;
LORYN STONE;LUISA ALFONSO;
LUPE TABITA;LYNN WOLCOTT;
M. ARNDT;M. MATTHEWS;
MALIK BASURTO;MARCO MARQUEZ;
MARCY AXELROD;MARE HINKIE
MARGARET     DALTON;MARILEE)
HAKKINEN;MARTHA   MUNOZ;MARTIN)
NORIEGA;MATTHEW MOUA;
MAX     A.    GARCIA;MELISSA   A.)
MCKINNEY;MELISSA H JORTEN;
MICHAEL          AMOAKO;MICHAEL
HERRERA-MARKWALD;MICHELE
THOMPSON;MICHELLE STONE;
MICHELLE        VILLANUEVA;MIKE
STANFORD;MONICA L. GONZALEZ;
NALLELY OCHOA;NANCY L. WALKER;
NICHOLAS J. WOLF;PAUL LAIRD;
PHYLLIS LAM;RANDELL DENNEY;
RANDOLYN        LOGAN;RANDY)
MIDDLETON;RENITA HOLLAND;
RHONDA L. WESTON;RHONDA RORIE;
RHONDA WESTON;RIC JUAREZ;
RICK WILKEN;RIKKI JACOBS;
ROBERT BOURNE;ROBERT G. HALL;
ROBERT        STOUDEMIRE;ROGERS)
STOTTS;RONALD     ALONZO;ROSITA)
PASCASCIO;SANDY BROUGHTON;
SCOTT FORST;SOGNEATTA KHIN;
STEPHEN C. PORTER;SUBODH SINGH;

SUCHAN MURRAY;SUSAN EARNEST;        )
SUSAN SMOTHERS;SUSAN WOOD;          )
SWARUPA SLEE;T. SEVILLANO;          )
TARA              LINDHOLM;THEODORE )
SCHULTZ;TIM BARGENQUAST             )
TINA              LERAYBAUDTONYA    )
BLECHINGER;TRACY GRARES;            )
TREVA MORELAND;VALERIE CLARK;       )
VERNON    F.   MCDANIELL;VERONICA   )
GARCIA;VIKKI LOGAN;                 )
VIVIAN PRIETO;WANDA CHAPMAN;        )
WANDA MCNEAL;WENDY RANDALL;         )
WHITNEY      K.      COOK;WHYTNIE   )
NORDMAN;YOMARI QUINTANILLA;         )
YVONNE J. WHEELER; A  DELGADO; A    )
SMITH; ACCREDITED HOME LENDERS,     )
INC.; AHMAD AFZAL; ALEX MCBRIDE;    )
ALICIA V. WILLIAMS ; ALLIANCE TITLE )
COMPANY; ALTERNATIVE LOAN TRUST     )
2005-76; ALTERNATIVE LOAN TRUST     )
2006-OC11; ALTERNATIVE LOAN TRUST   )
2006-OC4; ALTERNATIVE LOAN TRUST    )
2007-OA11; AMERICAN HOME            )
MORTGAGE ASSETS LLC; AMERICAN       )
HOME MORTGAGE ASSETS TRUST 2006-    )
5 ;AMERICAN HOME MORTGAGE CORP.;    )
AMERICA'S WHOLESALE LENDER; AMY     )
LEMUS; AMY RIGSBY; ANGELICA DEL     )
TORRO; ANNA ELIZABETH RAMSEY;       )
ANNABEL RUVALCABA; ARMAND           )
BANQUE ETAME; ASSET BACKED          )
SECURITIES CORPORATION; ASSET       )
BACKED SECURITIES CORPORATION       )
HOME EQUITY LOAN TRUST, SERIES      )
WMC 2005-HE5; ASSET FORECLOSURE     )
SERVICES, INC; ATLANTIC & PACIFIC   )
FORECLOSURE SERVICES, LLC;          )
AURORA BANK, FSB; AURORA LOAN       )
SERVICES LLC / COUNTRYWIDE HOME     )
LOANS SERVICING LP; AURORA LOAN     )
SERVICES, LLCIES 2007-1; AZTEC      )
FORECLOSURE CORPORATION; B.F.       )
SAUL MORTGAGE COMPANY; BANC OF      )
AMERICA FUNDING 2007-4 TRUST;       )
BANC OF AMERICA FUNDING 2009-       )
R1TRUST; BANC OF AMERICA FUNDING    )

CORPORATION; BANC OF AMERICA
MORTGAGE 2007-4 TRUST;BANC OF
AMERICA MORTGAGE SECURITIES,
INC.; BANC OF AMERICA SECURITIES
LLC; BARBARA DIPRIMO; BEAR
STEARNS ALT-A TRUST 2006-3; BEAZER
MORTGAGE CORPORATION; BRANDI
SMITH; BRENDA FRAZIER; BSM
FINANCIAL, L.P.; BUD KAMYABI; C.
BANSE; CALIFORNIA RECONVEYANCE
COMPANY; CAL-WESTERN
RECONVEYANCE CORP; CAMIEL
WATSON; CAPITAL ONE AUTO
FINANCE TRUST 2007-C ; CAPITAL ONE
AUTO RECEIVABLES, LLC; CAPITAL
ONE, N.A.; CARLA LEITH; CAROL
MARIE LITTLEFORD; CARRIAGE
ESCROW INC; CHASE MORTGAGE
FINANCE CORPORATION; CHASE
MORTGAGE FINANCE TRUST SERIES
2006-S1; CHERYL J. COBB; CHEVY
CHASE BANK, F.S.B.; CHICAGO TITLE
COMPANY; CHL MORTGAGE PASS-
THROUGH TRUST 2006-OA5 ;CHL
MORTGAGE PASS-THROUGH TRUST
2007-HY1;CHRISTOPHER HERRERA;
CIBC INC.; CINDY WATERHOUSE;
CITICORP MORTGAGE SECURITIES, INC.;
CITIMORTGAGE ALTERNATIVE LOAN
TRUST, SERIES 2007-A5; CLARION
MORTGAGE CAPITAL INC.;
COMMONWEALTH LAND TITLE
COMPANY; COMMONWEALTH LAND
TITLE INSURANCE COMPANY;
COUNTRY HOME LOANS, INC.; CR
TITLE SERVICES INC.; CRAIG HANLON;
CREDIT SUISSE FIRST BOSTON
MORTGAGE SECURITIES CORP.;
CRYSTAL; CRYSTINE NESS; CTC
FORECLOSURE SERVICES
CORPORATION; CTW FINANCIAL
SERVICES INC.; CWABS ASSET BACKED
CERTIFICATES TRUST 2005-AB4; CWABS
ASSET BACKED CERTIFICATES TRUST
2006-1; CWABS ASSET BACKED
CERTIFICATES TRUST 2006-7; CWABS

ASSET-BACKED CERTIFICATES TRUST )
2007-5 ;CWALT, INC.; CWMBS, INC.; )
DALILA OCHOA; DAVID LEIGHTON; )
DAVID MCCALL; DAYANE MONROY; )
DECISION ONE MORTGAGE COMPANY, )
L.L.C.; DEFAUL RESOLUTION )
NETWORK; DENNIS KIRKPATRICK; )
DEREK WEAR-RENEE; DEUTSCHE BANK )
NATIONAL TRUST COMPANY.; DLJ )
MORTGAGE CAPITAL, INC.; DSLA )
MORTGAGE LOAN TRUST MORTGAGE )
LOAN PASS-THROUGH CERTIFICATES )
SERIES 2006-AR2; EMC MORTGAGE )
CORPORATION, AN AFFILIATE OF THE )
DEPOSITOR; ETS SERVICES, )
LLEXECUTIVE TRUSTEE SERVICES, )
INC; FEDERAL NATIONAL MORTGAGE )
ASSOCIATION; FIDELITY NATIONAL )
TITLE COMPANY; FIDELITY NATIONAL )
TITLE INSURANCE COMPANY; )
FINANCIAL ASSET SECURITIES CORP.; )
FIRST AMERICAN LOANSTAR TRUSTEE )
SERVICES LLC; FIRST AMERICAN TITLE )
COMPANY; FIRST AMERICAN TITLE )
INSURANCE COMPANY; FIRST BANK )
D/B/A FIRST BANK MORTGAGE; FIRST )
FRANKLIN FINANCIAL CORP.; FIRST )
FRANKLIN MORTGAGE LOAN TRUST )
SERIES 2006-FF18; FIRST FRANKLIN )
MORTGAGE LOAN TRUST SERIES 2007- )
FF1;FIRST LAND TRUSTEE )
CORPORATION; FRED RESTREPO; )
FREMONT GENERAL CREDIT )
CORPORATION;FREMONT INVESTMENT )
AND LOAN; FRONTIER TITLE )
COMPANY; GATEWAY BANK, FSB; )
GOLDEN WEST SAVINGS ASSOCIATION )
SERVICE CO.; GOLDEN STATE T.D. )
INVESTMENT LLC; GREENWICH )
CAPITAL ACCEPTANCE, INC.; )
GREENWICH CAPITAL FINANCIAL )
PRODUCTS, INC.; HOME EQUITY QSSET )
TRUST 2005-7 ; INDYMAC INDX )
MORTGAGE LOAN TRUST  2005-AR10; )
INDYMAC INDX MORTGAGE LOAN )
TRUST 2005-AR35; INDYMAC INDX )

MORTGAGE LOAN TRUST 2005-AR4; )
INDYMAC INDX MORTGAGE LOAN )
TRUST 2006-AR29; INDYMAC MBS, INC.; )
ING DIRECT; ISAAC PACHECO; J. )
ARCHULETA; J.P. MORGAN CHASE )
COMMERCIAL MORTGAGE SECURITIES )
CORP.; JACKIE MILLER - MORT )
TRUSTEE; JACQUELYN FREEMAN; )
JAMIE GORSUCH; JANET L. KOCH; )
JANINE PACHECO; JERRY HALBROOK; )
JOANNA L. DEVELASCO; JODI L. )
KESLER; JOE BUENO; JOSIE MOLINA; JP )
MORGAN CHASE COMMERCIAL )
MORTGAGE SECURITIES TRUST 2006- )
CIBC17; JUAN ENRIQUEZ; K.H. )
FINANCIAL LP; KARINA ROBERSON; )
KATIE MILNES; KRYSTAL HALL; )
KRYSTLE GISSELLE PRICE; L. HOWARD; )
LANA ELSENPETER; LEHMAN )
BROTHERS HOLDINGS INC; LAURA M. )
SOZA; LANDAMERICA LAWYERS TITLE; )
LEHMAN XS TRUST SERIES 2005-9N; )
LEHMAN XS TRUST SERIES 2006-12N; )
LEHMAN XS TRUST SERIES 2006-GP4; )
LINDSY M. KLINKENBORG; LONG )
BEACH MORTGAGE LOAN TRUST 2006- )
2; LONG BEACH SECURITIES CORP.; )
LONG BEACH MORTGAGE LOAN TRUST )
2004-3; LORNA MORELL; LORYN STONE; )
LSI TITLE COMPANY; LUCY )
MANSOURIAN; M.I MILLER; MARIN )
CONVEYANCING CORPORATION; )
MARLENE CLEGHORN; MASTER )
FINANCIAL, INC.; MASTR ASSET )
BACKED SECURITIES TRUST 2006- )
WMC4; MASTR ASSET BACKED )
SECURITIES TRUST 2007-HE2; MELISSA )
BELL;MERIDIAN FORECLOSURE )
SERVICE; MERILL LYNCH MORTGAGE )
LENDING, INC.; MERRIL LYNCH )
MORTGAGE INVESTOR, INC.; MERRILL )
LYNCH FIRST FRANKLIN MORTGAGE )
LOAN TRUST SERIES  2007-1; LEHMAN )
XS TRUST, SERIES 2007-15N; MERRILL )
LYNCH MORTGAGE INVESTORS, INC; )
MICHAEL JENKINS; MICHELLE I. )

MILLER; MICHELLE NGUYEN; MIRAD
FINANCIAL GROUP; MONICA L.
GONZALEZ; MORTGAGE ASSET
SECURITIZATION TRANSACTIONS, INC.;
MORTGAGEIT HOLDINGS, INC;
MORTGAGEIT SECURITIES CORP.;
MORTGAGEIT TRUST 2005-5; MTC
FINANCIAL INC.; MTDS, INC.; MTH
MORTGAGE LLC; NANCY WEIK;
NATIONAL CITY MORTGAGE;
NATIONAL DEFAULT SERVICING
CORPORATION; NDEX WEST, LLC; NEW
CENTURY CREDIT CORPORATION; NEW
CENTURY HOME EQUITY LOAN TRUST
2005-2; NEW CENTURY MORTGAGE
SECURITIES LLC; NIVIN T. YOUSSEF;
NORA YORO; NORIE VERGARA; NORMA
ROJAS; NORTH AMERICAN TITLE
COMPANY; NORTH AMERICAN TITLE
INSURANCE COMPANY; OAKTREE
FUNDING CORPORATION; OLD
REPUBLIC TITLE; OLD REPUBLIC TITLE
INSURANCE COMPANY; OPTION ONE
MORTGAGE ACCEPTANCE
CORPORATION; OWNIT MORTGAGE
LOAN TRUST, SERIES 2006-7; OWNIT
MORTGAGE SOLUTIONS, INC.; PENNY
HARRISON; PENNY WHITE; PINNACLE
CAPITAL MORTGAGE CORPORATION;
PLACER TITLE COMPANY; PHYLLIS
LAM; POWER DEFAULT SERVICES, INC;
PREMIER TRUST DEED SERVICES, INC.;
QUALITY HOME LOANS; QUALITY
LOAN SERVICE CORP; QUALITY
SERVICE CORP; R. EMMETT MYATT;
REALTY MORTGAGE,LLC;
RECONTRUST COMPANY, N.A.;
RESIDENTIAL ASSET SECURITIZATION
TRUST 2006-A15; RICHARD MARTINEZ;
RICK WILKEN; RIKKI JACOBS; RJ
GREEAR; ROBERT E. WEISS
INCORPORATED; ROBIN PAPE; RONALD
ALONZO; SALLY BELTRAN; SAXON
ASSET SECURITIES COMPANY; SAXON
ASSET SECURITIES TRUST 2007-2;
SAXON MORTGAGE, INC.; SEASIDE

FINANCIAL CORPORATION; SECURED )
BANKERS MORTGAGE COMPANY; )
SECURITY UNION TITLE; SHARON L. )
GEARHEART; SHIRLEY TUITUPOU; )
SHOUA MOUA; SHELLEY R. BOEK; )
STACEY F. JONES; STACY E. SPOHN; )
STANDARD TRUST DEED SERVICE )
COMPANY; STEARNS LENDING, INC.; )
STEPHEN C. PORTER; STEWART TITLE )
GUARANTY; STEWART TITLE OF CA; )
STRUCTURED ASSET MORTGAGE )
INVESTMENTS TRUST 2006-AR7; )
STRUCTURED ASSET MORTGAGE )
INVESTMENTS 11 TRUST 2007-AR5; )
STRUCTURED ASSET MORTGAGE )
INVESTMENTS II INC.; STRUCTURED )
ASSET SECURITIES CORPORATION; SUE )
DENNY ; SUMMIT FUNDING, INC; T.D. )
SERVICE COMPANY; TERRI L. )
WESTGARD; THE BANK OF NEW YORK.; )
TOM CROFT; TONYA HOPKINS; )
TRUSTEE CORPS; U.S. BANK, N.A.; UBS )
REAL ESTATE SECURITIES INC.; )
UNITED FINANCIAL MORTGAGE CORP; )
WAMU ASSET ACCEPTANCE CORP.; )
WAMU MORTGAGE PASS-THROUGH )
CERTIFICATES SERIES 2005-AR8;WAMU )
MORTGAGE PASS-THROUGH )
CERTIFICATES SERIES 2006-AR14; )
STRUCTURED ASSET MORTGAGE )
INVESTMENTS 11 TRUST 2006-AR7; )
WAMU MORTGAGE PASS-THROUGH )
CERTIFICATES SERIES 2006-AR9; WAMU )
MORTGAGE PASS-THROUGH )
CERTIFICATES, SERIES 2004-AR2; )
WASHINGTON MUTUAL MORTGAGE )
PASS-THROUGH CERTIFICATES WMALT )
SERIES 2006-AR; WELLS FARGO ASSET )
SECURITIES CORPORATION.; WELLS )
FARGO HOME EQUITY ASSET-BACKED )
SECURITIES 2004-2 TRUST; WELLS )
FARGO HOME EQUITY ASSET-BACKED )
SECURITIES 2004-M TRUST; WELLS )
FARGO MORTGAGE BACKED )
SECURITIES 2004-5 TRUST; WELLS )
FARGO MORTGAGE BACKED )

SECURITIES 2005-AR1 TRUST; WELLS )
FARGO MORTGAGE BACKED )
SECURITIES 2006-1 TRUST; WELLS )
FARGO MORTGAGE BACKED )
SECURITIES 2006-12 TRUST; WENDY )
TRAXLOR; WESTERN PROGRESSIVE, )
LLC; WESTWOOD ASSOCIATES; )
WHITNEY COOK; WILMINGTON )
FINANCE; WILMINGTON TRUST )
COMPANY; WMC MORTGAGE )
CORPORATION; YOUDA CRAIN; )
YVONNE J. WHEELER; ZELMA )
THORPES; WORLD SAVINGS BANK, FSB
and DOES 1 through 1000, inclusive,

_____ Defendant _____

Now comes Plaintiffs by and through counsel, and each of them, hereby demand a jury trial and allege as follows:

## MULTI PLAINTIFF JOINDER COMPLAINT
## INTRODUCTION

1.     This lawsuit arises from, among other things: (1)the deception in inducing Plaintiffs to enter into loans and mortgages[1] from approximately 2003 through 2009 and which were acquired or are serviced by Defendants; (ii) the fraudulent and illegal use of MERS in connection with those loans and mortgages; (iii) Defendants' breach of Plaintiffs' statutorily protected rights; (iv) Defendants' breach and willful violation of numerous consumer and homeowner protection statutes, and willful violations of unfair business practices statutes, by, among other things, processing money from unknown sources, in contravention of the Patriot Act; (v) accepting money, transferring alleged assets and foreclosing upon alleged assets in instances where the alleged assets do not exist, and in which these Defendants have no right, title, or interest upon which they can act; and (vi) Defendants' continuing conversion and other

1    tortuous conduct intended to deprive Plaintiffs of their money, property and legal rights and

2    remedies for the foregoing acts, as described more fully below.

3

4                          **JURISDICTION AND VENUE**

5        1.    This Court has original jurisdiction over the claims in this action based on 28

6    U.S.C. §§ 1331, 1332, 1343, and42U.S.C. §1983 which confer original jurisdiction on federal

7    district courts in suits to address the deprivation of rights secured by federal law and matters

8    between diverse citizens that involve an amount in controversy in excess of $75,000.00. This

9    Court also has supplemental jurisdiction over the pendant state law claims because they form a

10   part of the same case or controversy under Article III of the United States Constitution, pursuant

11   to 28 U.S.C. §1367.

12       2.    Jurisdiction also arises under 15 U.S.C. 1601 et.seq., 15 U.S.C. 1605 , 15 U.S.C.

13   1635, 15 U.S.C. 1640, Title 12, Regulation Z, Part 226 et.seq., Title 24 C.F.R., Regulation X,

14   Part 3500. This court also has authority to hear Federal Law and laws of the State of **California.**

15       3.    The-unlawful conduct, illegal practices, and acts complained of and alleged in this

16   Complaint were all committed in the Federal District of Hawaii and the involved real property

17   located in the Federal District of Hawaii. Therefore, venue properly lies in this District, pursuant

18   to 12 U.S.C. §2614 and 28 U.S.C. §1391(b).

19

20       4.    Plaintiffs are ignorant of the true identity and capacity of defendants designated as

21   Does 1-100, but will amend the Complaint when their identities have been ascertained according

22   to proof at the time of trial. Plaintiffs allege on information and belief, however, that each and

23   every Doe Defendant is in some manner responsible for the acts, and conduct of the other

24   defendants, and were, and are responsible for the injuries, damages, and harm, incurred by

25   Plaintiffs. Plaintiffs further allege on information and belief that each such designated defendant

acted, and acts, as the authorized agent, representative, and associate of the other defendants in doing the things alleged herein. >

5.    Whenever reference is made in this Complaint to any act of any defendant(s), that allegation shall mean that each defendant acted individually and jointly with the other defendants.

6.    Any allegation about acts of any corporate or other business defendant means that the corporation or other business did the acts alleged through its officers, directors, employees, agents and/or representatives while they were acting within the actual or ostensible scope of their authority.

7.    At all relevant times, each defendant committed the acts, caused or directed others to commit the acts, or permitted others to commit the acts alleged in this Complaint. Additionally, some or all of the defendants acted as the agent of the other defendants, and all of the defendants acted within the scope of their agency if acting as an agent of the other.

8.    At all relevant times, each defendant knew or realized that the other defendants were engaging in or planned to engage in the violations of law alleged in this Complaint. Knowing or realizing that the other defendants were engaging in or planning to engage in unlawful conduct, each defendant nevertheless facilitated the commission of those unlawful acts. Each defendant intended to and did encourage, facilitate, or assist in the commission of the unlawful acts, and thereby aided and abetted the other defendants in the unlawful conduct

### THE PARTIES

1       9. Plaintiff **NORMA CABUSAS and JOSEPH ARINDAENG** is resident of the

2 State of California and had a mortgage loan that was originated or serviced by one of the

3 Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 1.)

4       10. Plaintiff **CELSO COSTELO and MARIA COLMENARES PRATT** are

5 resident of the State of California and had a mortgage loan that was originated or serviced by

6 one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 2.)

7       11. Plaintiff **AILEEN MANGOBA** is a resident of the State of California and had a

8 mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

9 shall be designated as Plaintiff No. 3.)

10       12. Plaintiff **ALBERO ARREOLA GONZALEZ** is resident of the State of

11 California and had a mortgage loan that was originated or serviced by one of the Defendants

12 herein. (This Plaintiff shall be designated as Plaintiff No. 4.)

13       13. Plaintiff **ALEX TARIOSA** is resident of the State of California and had a

14 mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

15 shall be designated as Plaintiff No. 5.)

16       14. Plaintiff **ALFONSO PAREDES AND MARIA HERNANDEZ-PAREDES** is

17 a resident of the State of California and had a mortgage loan that was originated or serviced by

18 one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 6.)

19       15. Plaintiff **ALLEN TING** is a resident of the State of California and had a

20 mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

21 shall be designated as Plaintiff No. 7.)

22       16. Plaintiff **AMADEO CABALLERO AND JAMES CABALLERO** is a resident

23 of the State of California and had a mortgage loan that was originated or serviced by one of the

24 Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 8.)

25

1     17. Plaintiff **AMANDO NEVERIDA** is a resident of the State of California and had a

2 mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

3 shall be designated as Plaintiff No.9.)

4     18. Plaintiff **AMIE TAN AND ALLEN TAN** are resident of the State of California

5 and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This

6 Plaintiff shall be designated as Plaintiff No. 10.)

7     19. Plaintiff **ANDREW CHANG AND CONNIE CHANG** is resident of the State of

8 California and had a mortgage loan that was originated or serviced by one of the Defendants

9 herein. (This Plaintiff shall be designated as Plaintiff No.11.)

10     20. Plaintiff **ANGEL ALBARRAN** is a resident of the State of California and had a

11 mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

12 shall be designated as Plaintiff No.12.)

13     21. Plaintiff **ANGELITA GERONA** is a resident of the State of California and had a

14 mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

15 shall be designated as Plaintiff No.13.)

16     22. Plaintiff **ANJANETTE AQUINO** is a resident of the State of California and had a

17 mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

18 shall be designated as Plaintiff No. 14.)

19     23. Plaintiff **ANNA LISA HIGOY AND FRANCISCO HIGOY** is a resident of the

20 State of California and had a mortgage loan that was originated or serviced by one of the

21 Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 15.)

22     24. Plaintiff **ANNABELLE AGUAS** is a resident of the State of California and had a

23 mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

24 shall be designated as Plaintiff No. 16.)

25

25. Plaintiff **ANNIE NGUYEN** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 17.)

26. Plaintiff **ANTHONYH SUICO AND FLORDELIZA SUICO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 18.)

27. Plaintiff **ANTONIO BORROEL AND ACELA BORROEL** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 19.)

28. Plaintiff **ANTONIO ESPINOZA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 20.)

29. Plaintiff **ANTONIO LANDICHO AND MONIQUE LANDICHO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 21.)

30. Plaintiff **ARACELI ARREOLA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.22.)

31. Plaintiff **ARDERN L. MYNHIER** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 23.)

32. Plaintiff **ARMANDO SUAREZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 24.)

33.   Plaintiff **ARTEMIO BALTAZAR** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 25.)

34.   Plaintiff **ARTHUR LINDSEY JR. AND PAMELA R. LINDSEY** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.26.)

35.   Plaintiffs **ARTHUR QUREISHI** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 27.)

36.   Plaintiff **ARTURO CEJA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 28.)

37.   Plaintiff **AURORA MENDOZA AND JESUS MENDOZA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 29.)

38.   Plaintiff **BAO NGUYEN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 30.)

39.   Plaintiffs **BE NGUYEN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 31.)

40.   Plaintiff **BEATRICE HERNANDEZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 32.)

41. Plaintiff **BENJAMIN MORENO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 33.)

42. Plaintiff **BERNARDO BAUTISTA AND SANTOS AND LOTA BAUTISTA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 34.)

43. Plaintiff **BILL SULLIVAN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 35.)

44. Plaintiff **BOND LY AND VANI TRUONG** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 36.)

45. Plaintiff **BONG GIAY TRAN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 37.)

46. Plaintiff **BORA EACH AND NARY EACH** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 38.)

47. Plaintiff **BRANDON BA AND LAN THI THANH BACH** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 39.)

48. Plaintiff **BRIAN M SHIN AND EUN K. SHIN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 40.)

1    49.  Plaintiff **BRIAN TALL AND JOANNE OLIVAS** is a resident of the State of

2  California and had a mortgage loan that was originated or serviced by one of the Defendants

3  herein. (This Plaintiff shall be designated as Plaintiff No. 41.)

4    50.  38.    Plaintiff **BRUCE G.T. BANH AND LEHANG PHAM** is a resident of

5  the State of California and had a mortgage loan that was originated or serviced by one of the

6  Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 42.)

7    51.  Plaintiff **BRYAN BA AND KATHY CHAM BA** is resident of the State of

8  California and had a mortgage loan that was originated or serviced by one of the Defendants

9  herein. (This Plaintiff shall be designated as Plaintiff No. 43.)

10    52.  Plaintiff **BULTER LONG** is resident of the State of California and had a

11  mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

12  shall be designated as Plaintiff No. 44.)

13    53.  Plaintiff **CARL SALINAS** is resident of the State of California and had mortgage

14  loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be

15  designated as Plaintiff No. 45.)

16    54.  Plaintiff **CARLITO MENDOZA** is a resident of the State of California and had a

17  mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

18  shall be designated as Plaintiff No. 46.)

19    55.  Plaintiff **CAROLINO BILBAENO** is resident of the State of California and had

20  a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

21  shall be designated as Plaintiff No. 47.)

22    56.  Plaintiff **CATALINA CARGADO AND CAROLINE CARGADO** is a resident

23  of the State of California and had a mortgage loan that was originated or serviced by one of the

24  Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 48.)

25

57. Plaintiff **CATHY WOO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 49.)

58. Plaintiff **CECIL CABALU** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 50.)

59. Plaintiff **CECILIA PULIDO AND MANUEL PULIDO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 51.)

60. Plaintiff **CECILIO GONZALEZ AND ROSARIO GONZALEZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 52.)

61. Plaintiff **CESAR GARCIA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 53.)

62. Plaintiff **CESAR PAGADUAN AND RICHEL LICUANAN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 54.)

63. Plaintiff **CESAR SOLLA AND CESMI ANDAYA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 55.)

64. Plaintiff **CHAO WIN TING AND KEH CHYN TING** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 56.)

1    145.  Plaintiff **ISABELITA FERNANDEZ** is a resident of the State of California and

2    had a mortgage loan that was originated or serviced by one of the Defendants herein. (This

3    Plaintiff shall be designated as Plaintiff No. 137.)

4    146.  Plaintiff **ISIDRO PEREZ** is a resident of the State of California and had a

5    mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

6    shall be designated as Plaintiff No. 138.)

7    147.  Plaintiff **JAIME ACIO** is resident of the State of California and had a mortgage

8    loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be

9    designated as Plaintiff No. 139.)

10   148.  Plaintiff **JAMES HUNT, JR. AND LANLEE LANI LONG** is resident of the

11   State of California and had a mortgage loan that was originated or serviced by one of the

12   Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 140.)

13   149.  Plaintiff **JASMIN TOLEDO** is a resident of the State of California and had a

14   mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

15   shall be designated as Plaintiff No. 141.)

16   150.  Plaintiff **JAVIER MENDEZ** is resident of the State of California and had a

17   mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

18   shall be designated as Plaintiff No.142.)

19   151.  Plaintiff **JEANNA HIBBITT** is resident of the State of California and had a

20   mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

21   shall be designated as Plaintiff No. 143.)

22   152.  Plaintiff **JENNIFER DUNGCA AND SHERWIN DUNGCA** is a resident of the

23   State of California and had a mortgage loan that was originated or serviced by one of the

24   Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 144.)

25

1   153.  Plaintiff **JENNIFER MORRIS** is a resident of the State of California and had a

2   mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

3   shall be designated as Plaintiff No. 145.)

4   154.  Plaintiff **JENNY TRAC** is a resident of the State of California and had a mortgage

5   loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be

6   designated as Plaintiff No. 146.)

7   155.  Plaintiff **JERROLD JON LLOPIS** is a resident of the State of California and had

8   a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

9   shall be designated as Plaintiff No.147.)

10   156.  Plaintiff **JESSE USON** is a resident of the State of California and had a mortgage

11   loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be

12   designated as Plaintiff No. 148.)

13   157.  Plaintiff **JESUS VASQUEZ** is a resident of the State of California and had a

14   mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

15   shall be designated as Plaintiff No. 149.)

16   158.  Plaintiff **JOAQUIN TIANGCO AND LOLITA TIANGCO** is a resident of the

17   State of California and had a mortgage loan that was originated or serviced by one of the

18   Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 150.)

19   159.  Plaintiff **JOEL MESINA AND ALICIA MESINA** is a resident of the State of

20   California and had a mortgage loan that was originated or serviced by one of the Defendants

21   herein. (This Plaintiff shall be designated as Plaintiff No. 151.)

22   160.  Plaintiff **JOHN DALY AND CARMENCITA YANGA-DALY** is a resident of the

23   State of California and had a mortgage loan that was originated or serviced by one of the

24   Defendants herein. (This Plaintiff shall be designated as Plaintiff No.152.)

25

1      161. Plaintiff **JOSE DE OCAMPO III** is a resident of the State of California and had a

2  mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

3  shall be designated as Plaintiff No. 153.)

4      162. Plaintiff **JOSE FLORRES AND ALVA V. FLORES** is resident of the State of

5  California and had a mortgage loan that was originated or serviced by one of the Defendants

6  herein. (This Plaintiff shall be designated as Plaintiff No.154.)

7      163. Plaintiff **JOSE GARCIA AND CONSUELO GARCIA** is a resident of the State

8  of California and had a mortgage loan that was originated or serviced by one of the Defendants

9  herein. (This Plaintiff shall be designated as Plaintiff No. 155.)

10      164. Plaintiff **EDITH FLORES** is a resident of the State of California and had a

11  mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

12  shall be designated as Plaintiff No. 156.)

13      165. Plaintiff **JOSE PADILLA** is a resident of the State of California and had a

14  mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

15  shall be designated as Plaintiff No. 157.)

16      166. Plaintiff **JOSE TURCIOS AND CONCEPCION TURCIOS** are resident of the

17  State of California and had a mortgage loan that was originated or serviced by one of the

18  Defendants herein. (This Plaintiff shall be designated as Plaintiff No.158.)

19      167. Plaintiff **JOSE ZUNIGA** is resident of the State of California and had a mortgage

20  loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be

21  designated as Plaintiff No. 159.)

22      168. Plaintiff **JOSEFINA LAMPA-DE LEON** is a resident of the State of California

23  and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This

24  Plaintiff shall be designated as Plaintiff No. 160.)

25

169. Plaintiff **JOSELITO FABIONAR** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 161.)

170. Plaintiff **JUAN BALTAZAR** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 162.)

171. Plaintiff **JUAN PRADO AND EVA PRADO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.163.)

172. Plaintiff **KATHLEEN DEMEUTH** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 164.)

173. Plaintiff **KATHRYN COWAN** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 165.)

174. Plaintiff **KEITH HAESEMEYER AND MARIA HAESEMEYER** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 166.)

175. Plaintiff **KEN PAAR AND PRASAI PAAR** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 167.)

176. Plaintiff **KEN PHAM AND TINA TRAN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.168.)

177. Plaintiff **KIM DINH NGUYEN** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 169.)

178. Plaintiff **KIM HA VU** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.170.)

179. Plaintiff **KISU KIM** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 171.)

180. Plaintiff **LAI LE** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 172.)

181. Plaintiff **LENA PHAM** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 173.)

182. Plaintiff **LETICIA CORTES AND HERIBERTO CORTES** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.174.)

183. Plaintiff **LETICIA SERRANO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 175.)

184. Plaintiff **LILIA DIZON** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 176.)

185.  Plaintiff **LILIAN NAKU** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 177.)

186.  Plaintiff **LILIBETH ALBANO AND FERDINAND L. ALBANO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 178.)

187.  Plaintiff **LINDA BUEHLING** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 179.)

188.  Plaintiff **LINDA PODA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 180.)

189.  Plaintiff **LITA DE LARA** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 181.)

190.  Plaintiff **LIZA AMMON** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 182.)

191.  Plaintiff **LOC LE** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 183.)

192.  Plaintiff **LODIVINA ALVAREZ** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.184.)

193.   Plaintiff **LOLITA ANDAYA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 185)

194.   Plaintiff **LOUELLA MANZANO** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.186.)

195.   Plaintiff **LOUELLA MANZANO AND ROMEO MANZANO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 187.)

196.   Plaintiff **LUCILA GONZALEZ** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 188.)

197.   Plaintiff **LYDIA CENCIL** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 189.)

198.   Plaintiff **LYDIA EDEJER** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.190.)

199.   Plaintiff **LYNN RAMOS** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 191.)

200.   Plaintiff **MAGDALENA ASUNCION** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 192.)

201. Plaintiff **MAI TRAN AND HUE NGUYEN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 193.)

202. Plaintiff **MANUEL CRUZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 194.)

203. Plaintiff **MANUEL GONZALES** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.195.)

204. Plaintiff **MANUEL GONZALES AND WILMA LIAO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 196.)

205. Plaintiff **MANUEL MAMARADLO AND LIBRADA MAMARADLO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 197.)

206. Plaintiff **MANUEL OPILAS** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 198.)

207. Plaintiff **MARCELINO SORIANO AND ALEGRIA SORIANO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 199.)

208. Plaintiff **MARCO AGUIRRE** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 200.)

1  209. Plaintiff **MARGARET VIERRA** is a resident of the State of California and had a

2  mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

3  shall be designated as Plaintiff No. 201.)

4  210. Plaintiff **MARIA BOLIVAR** is a resident of the State of California and had a

5  mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

6  shall be designated as Plaintiff No. 202.)

7  211. Plaintiff **MARIA ELENA PERMITO** is a resident of the State of California and

8  had a mortgage loan that was originated or serviced by one of the Defendants herein. (This

9  Plaintiff shall be designated as Plaintiff No. 203.)

10  212. Plaintiff **MARIA FIALHO** is a resident of the State of California and had a

11  mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

12  shall be designated as Plaintiff No. 204.)

13  213. Plaintiff **MARIA SUSETTE SOLA AND ALLAN SOLA** is a resident of the

14  State of California and had a mortgage loan that was originated or serviced by one of the

15  Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 205.)

16  214. Plaintiff **MARIA TUNCHEZ** is resident of the State of California and had a

17  mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

18  shall be designated as Plaintiff No. 206.)

19  215. Plaintiff **MARIA ZETA TORRES** are resident of the State of California and had

20  a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

21  shall be designated as Plaintiff No. 207.)

22  216. Plaintiff **MARIBEL RUIZ** is a resident of the State of California and had a

23  mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

24  shall be designated as Plaintiff No. 208.)

25

217.  Plaintiff **MARIETTA TAN** is a  resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 209.)

218.  Plaintiff **MARILYN ANG** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 210.)

219.  Plaintiff **MARJORIE PARAISO AND EDWIN DAVID**  is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 211.)

220.  Plaintiff **MARK DAI is a** resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 212.)

221.  Plaintiff **MARTHA RINCON JARAMILLO AND MARTIN REYNA** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 213.)

222.  Plaintiff **MARTIN NAVARRO AND CARMEN NAVARRO** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 214.)

223.  Plaintiff **MARY ANN HERNANDEZ**  is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 215.)

224.  Plaintiff **MARY ANN NEVERIDA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 216.)

225.   Plaintiff **MAX DE GUZMAN AND MARIETA DE GUZMAN** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 217.)

226.   Plaintiff **MELODY LOPEZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 218.)

227.   Plaintiff **MELVIN DANCEL AND AGUSTINA DANCEL** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 219.)

228.   Plaintiff **MELVIN NAGTALON** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 220.)

229.   Plaintiff **MERCEDES ALBANA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 221.)

230.   Plaintiff **MERCELINDA CRUZ** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 222.)

231.   Plaintiff **MERLE VIRAY AND JIMMY VIRAY** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 223.)

232.   Plaintiff **MERLITA LAVARIAS** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 224.)

233. Plaintiff **MICHAEL MCCARTHY AND RIZALINA MCCARTHY** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 225.)

234. Plaintiff **MICHAEL NGUYEN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 226.)

235. Plaintiff **MICHELLE HA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 227.)

236. Plaintiff **MIGUEL ESCOBEDO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 228.)

237. Plaintiff **MIKE NGUYEN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 229.)

238. Plaintiff **MILA ESTRADA AND DAVID ESTRADA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 230.)

239. Plaintiff **MINERVA TAMAYO AND RICARDO TAMAYO** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 231.)

240. Plaintiff **MODESTO BILBAENO JR. AND CAROLINA BILBAENO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.232.)

241.  Plaintiff **NANCY QUACH AND VU TRAN** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 233.)

242.   Plaintiff **NAPOLEON OLEGARIO AND LORNA OLEGARIO** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 234.)

243.  Plaintiff **NELITA WAYNE** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 235.)

244.  Plaintiff **NELLIE WAYNE** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 236.)

245.   Plaintiff **NESTOR CONSTATINO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 237.)

246.  Plaintiff **NHA NGUYEN AND NGOCTRAM VU** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 238.)

247.  Plaintiff **NHUNG TRAN AND NHUNG TRAN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 239.)

248.  Plaintiff **NHUT NGUYEN AND THUY LUONG** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 240.)

249. Plaintiff **NICOLAS REYES** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 241.)

250. Plaintiff **NOEMI SABADO** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 242.)

251. Plaintiff **NONETTE BERMUDEZ AND ERNIE BERMUDEZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 243)

252. Plaintiff **NORA ORTEZA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 244.)

253. Plaintiff **NORA PENAFLOR** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 245.)

254. Plaintiff **NORIEL ADRICULA AND MARIA LOURDES ADRICULA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 246.)

255. Plaintiff **NORMA CABAYA** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 247.)

256. Plaintiff **NORMA CABAYA AND HARESH CABAYA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 248.)

257. Plaintiff **NORMITA CACHAPERO** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 249.)

258. Plaintiff **OCTAVIO GARCIA AND EVA GARCIA is** resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 250.)

259. Plaintiff **OMER KASSA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 251.)

260. Plaintiff **OSARO IKHYWUREFE** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 252.)

261. Plaintiff **PABLO KISLANKA AND INES KISLANKA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 253.)

262. Plaintiff **PAT ELA** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 254.)

263. Plaintiff **PATRICIA CAMPOVERDE** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 255.)

264. Plaintiff **PAZ VERANO** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 256.)

265. Plaintiff **PEDRO BERCASIO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 257.)

266. Plaintiff **PEDRO CARBAJAL AND SILVIA CARBAJAL** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 258.)

267. Plaintiffs **PEDRO V. AGUILAR AND MARIA E. ALONZO** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 259.)

268. Plaintiff **PETE TOLEDO AND JASMIN TOLEDO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 260.)

269. Plaintiff **PETER A. MACIEL** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 261.)

270. Plaintiff **PETER GRIMES AND AGNES GRIMES** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 262.)

271. Plaintiff **PETER MARCIEL** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 263.)

272. Plaintiff **PHILIPP ILAGAN AND KATHERINE ILAGAN** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 264.)

273. Plaintiff **PHUC TRAN** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 265.)

274. Plaintiff **PHUC TRONG LE AND KIM VU LE** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 266.)

275. Plaintiff **PORGERIO EBORLAS** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 267.)

276. Plaintiff **PURISIMA LACONICO** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 268.)

277. Plaintiff **RACHEL LICUANAN** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 269.)

278. Plaintiff **RACHEL LICUANAN AND GIGI KUANG** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 270.)

279. Plaintiff **RAMON GONZALEZ** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 271.)

280. Plaintiff **RAMON ILLAN** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 272.)

1    281.   Plaintiff **RANDY NAKU** is resident of the State of California and had a mortgage

2  loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be

3  designated as Plaintiff No. 273.)

4    282.   Plaintiff **REBECCA ANDRES** is resident of the State of California and had a

5  mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

6  shall be designated as Plaintiff No. 274.)

7    283.   Plaintiff **REBECCA TRAN** is resident of the State of California and had a

8  mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

9  shall be designated as Plaintiff No. 275.)

10    284.   Plaintiff **REVINSON ALIM AND JENNY ALIM** is resident of the State of

11  California and had a mortgage loan that was originated or serviced by one of the Defendants

12  herein. (This Plaintiff shall be designated as Plaintiff No. 276.)

13    285.   Plaintiff **RICARDO ZAMARRIPA AND MARTHA RUIZ** is resident of the

14  State of California and had a mortgage loan that was originated or serviced by one of the

15  Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 277.)

16    286.   Plaintiff **RICHARD MITRA AND LIZA MITRA** is resident of the State of

17  California and had a mortgage loan that was originated or serviced by one of the Defendants

18  herein. (This Plaintiff shall be designated as Plaintiff No. 278.)

19    287.   Plaintiff **RIFAT HASA AND BELKIZA HASA** is resident of the State of

20  California and had a mortgage loan that was originated or serviced by one of the Defendants

21  herein. (This Plaintiff shall be designated as Plaintiff No. 279.)

22    288.   Plaintiff **ROBERT EDGREN** is resident of the State of California and had a

23  mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

24  shall be designated as Plaintiff No. 280.)

25

289.    Plaintiff **RODITHA CAMACHO** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 281.)

290.    Plaintiff **RODITHA CAMAHO AND GLORIA ASUNCION** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 282.)

291.    Plaintiff **RODOLFO CAIREL AND AVEL CAIREL** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 283.)

292.    Plaintiff **RODOLFO MAGDALENO** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 284.)

293.    Plaintiff **ROEL VILLANUEVA AND MILDRED VILLANUEVA** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 285.)

294.    Plaintiff **ROGELIO BERMUDEZ AND LUCY AGNES BERMUDEZ** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 286.)

295.    Plaintiff **ROGER MANAOAT AND LOLITA MANAOAT** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 287.)

296.    Plaintiff **ROLLY CHENG AND JENNIFER CHENG** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 288.)

297.    Plaintiff **ROMEO CABANILLA** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 289.)

298.    Plaintiff **ROMEO QUREISHI AND JULIA QUREISHI** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 290.)

299.    Plaintiff **ROMULO MILLAN** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 291.)

300.    Plaintiff **ROSALIA AUSTRIA AND ARTEMIO AUSTRIA** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 292.)

301.    Plaintiff **RUBEN BAUTISTA** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 293.)

302.    Plaintiff **RUDY CABERO AND LILIBETH CABERO** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 294.)

303.    Plaintiff **RUSS CHICO AND LIBERTY CHICO** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 295.)

304.    Plaintiff **RUSTICO CORPUZ AND WILMA CORPUZ** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 296.)

305.   Plaintiff **SALVADOR SASING AND TERESITA SASING** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 297.)

306.   Plaintiff **SAMUEL APOSOL AND LERMA APOSTOL** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 298.)

307.   Plaintiff **SAUL GONZALEZ AND ROSAURA M. MARTINEZ** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 299.)

308.   Plaintiff **SEGUNDO CRISTOBAL AND ROWENA NAVARRO** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 300.)

309.   Plaintiff **SENEN OCHOA** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 301.)

310.   Plaintiff **SENEN OCHOA AND AIDA O. OCHOA** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 302.)

311.   Plaintiff **SHAINA LISNAWATI** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 303.)

312.   Plaintiff **SHELLY HA AND TU NGUYEN** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 304.)

313.   Plaintiff **SHERRYL LISING AND CARMELITA LISING** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 305.)

314.   Plaintiff **SHIRLEY XUAND DAN XU** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 306.)

315.   Plaintiff **SILVANIO CERVANTES AND JUANITA CERVANTES** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 307.)

316.   Plaintiff **SOFIA JOPILLO** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 308.)

317.   Plaintiff **SOLEDAD VELACRUZ** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 309.)

318.   Plaintiff **STEVEN NGUYEN AND TRISHE NGUYEN** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 310.)

319.   Plaintiff **SUSAN HOANG AND DANIEL HOANG** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 311.)

320.   Plaintiff **TAI TRUONG** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 312.)

321.   Plaintiff **TERESA M. GOODELL** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 313.)

322.   Plaintiff **TERESITA FERRER AND DANIEL GENOVE** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 314.)

323.   Plaintiff **THOMAS DIEP** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 315.)

324.   Plaintiff **TIEN PHAM** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 316.)

325.   Plaintiff **TIN PHAM AND VOTHA NONG** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 317.)

326.   Plaintiff **TITA CONCEPCION** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 318.)

327.   Plaintiff **TITO LANTANO AND DOLORES LANTANO** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 319.)

328.   Plaintiff **TONY ATMODJO** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 320.)

329.    Plaintiff **TRAN DAO** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 321.)

330.    Plaintiff **TRINH MAI** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 322.)

331.    Plaintiff **TRI-PHUOC LE** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 323.)

332.    Plaintiff **TRUAT NGUYEN** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 324.)

333.    Plaintiff **VAN PHAM AND THINH PHAM** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 325.)

334.    Plaintiff **VANNA LEN** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 326.)

335.    Plaintiff **VICTORIA ATILANO AND PABLO ATILANO** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 327.)

336.    Plaintiff **VIET PHAM AND TUNG NGUYEN** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 328.)

337.   Plaintiff **VILMA BARRERA** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 329.)

338.   Plaintiff **VILMA VISITACION-FERNANDEZ** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 330.)

339.   Plaintiff **VIRGINIA SEBASTIAN** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 331.)

340.   Plaintiff **VON ROYCE VILLANUEVA** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 332.)

341.   Plaintiff **VUONG DO AND THU NGUYEN** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 333.)

342.   Plaintiff **WILLIAM GUILLEN AND ROSARIA GUILLEN** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 334.)

343.   Plaintiff **ZENAIDA CARBONEL AND FILIPINO CARBONEL** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 335.)

344.   Plaintiff **ZOILA BENITEZ** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 336.)

345.    Plaintiff **DEANNA LIEU AND TING LOUANGXAY** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 337.)

346.    Plaintiff **CELSO COSTELO and MARIA COLMENARES PRATT** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 338.)

347.    Plaintiff **WILLIAM ANG and ANNABELLE ANG** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 339.)

348.    Plaintiff **JULIETA BUGAS** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 340.)

349.    Plaintiff **ALBERT ALEJO AND PEDRO ALEJO** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 341.)

350.    Plaintiff **ANTONIO ALVE** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 342.)

351.    Plaintiff **GUILLERMO AQUINO and THELMA AQUINO** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 344.)

352.    Plaintiff **BRYAN BA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 345.)

353.   Plaintiff **BRANDON BA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 346.)

354.   Plaintiff **CARMELA BAUHOFER** and **MARK BAUHOFER** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.347.)

355.   Plaintiff **ERLINDA BAUTISTA** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 348.)

356.   Plaintiff **DORINDA CHU** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.349.)

357.   Plaintiff **JOSE CRUZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.350.)

358.   Plaintiff **DINAH CRUZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 351.)

359.   Plaintiff **FLORO ESPINOSA** and **ANGELITA ESPINOSA** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 352.)

360.   Plaintiff **LEYNE FERNANDEZ** and **JOSE FERNANDEZ** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 353.)

1    361.   Plaintiff **EDUARDO FERRER** is a resident of the State of California and had a

2  mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

3  shall be designated as Plaintiff No. 354.)

4    362.   Plaintiff **ARNEL FRANCISCO** and **JANETH FRANCISCO** are resident of

5  the State of California and had a mortgage loan that was originated or serviced by one of the

6  Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 355.)

7    363.   Plaintiff **DIANA GLUKHAYA** and **DANIIL GLUKHOY** are resident of the

8  State of California and had a mortgage loan that was originated or serviced by one of the

9  Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 356.)

10    364.   Plaintiff **JOSE GONZALEZ** and **ALICIA GONZALEZ** are resident of the

11  State of California and had a mortgage loan that was originated or serviced by one of the

12  Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 357.)

13    365.   Plaintiff **AMELITA GUINTO** is a resident of the State of California and had a

14  mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

15  shall be designated as Plaintiff No. 358.)

16    366.   Plaintiff **ALI HOXHA** is a resident of the State of California and had a

17  mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

18  shall be designated as Plaintiff No. 359.)

19    367.   Plaintiff **DOMINADOR IGNACIO** is a resident of the State of California and

20  had a mortgage loan that was originated or serviced by one of the Defendants herein. (This

21  Plaintiff shall be designated as Plaintiff No. 360.)

22    368.   Plaintiff **HACH KHANN** is a resident of the State of California and had a

23  mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

24  shall be designated as Plaintiff No. 361.)

25

369. Plaintiff **IRINA KOLESNIKOVA** and **ANDREY KOLESNIKOV** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 362.)

370. Plaintiff **AUGUSTIN LUGUE** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 363.)

371. Plaintiff **DIOSDADO MACASAET** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 364.)

372. Plaintiff **BAO MAI** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 365.)

373. Plaintiff **THAI MAI** and **TIEN PHAM** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 366.)

374. Plaintiff **LOUELLA MANZANO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 367.)

375. Plaintiff **ROMEO MANZANO JR.** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 368.)

376. Plaintiff **LILIAN NAKU** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 369.)

377.    Plaintiff **NELSON NARCISO** and **DEMETRIA NARCISO** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 370.)

378.    Plaintiff **THAO TRAM NGUYEN** and **QUANG TO** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 371.)

379.    Plaintiff **THANH NGUYEN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 372.)

380.    Plaintiff **JOSEPH NGUYEN** and **ANNIE NGUYEN** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 373.)

381.    Plaintiff **LUONG NGUYEN** and **HANH DO** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 374.)

382.    Plaintiff **MERCY OBMERGA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 375.)

383.    Plaintiff **KUTJM PEKU** and **SULTANA PEKU** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 376.)

384.    Plaintiff **EFREN M RAMIN** and **ERIC C. RAMIN** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 377.)

385. Plaintiff **VICTORIA RAMIN** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 378.)

386. 38. Plaintiff **MILAGROS RETUTA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.379.)

387. Plaintiff **AURORA RIGON** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No.380.)

388. Plaintiff **BILL SULLIVAN** is resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 381.)

389. Plaintiff **YURIY SHANYUK** and **NATALIYA SHANYUK** mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 382.)

390. Plaintiff **GERARDO SOLIZ** and **MARGIE SOLIZ** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 383.)

391. Plaintiff **SOMCHAI TUANTHET** and **DUANGDO TUANTHET** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 384.)

392. Plaintiff **TINA TRAN** and **KEN PHAM** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 385.)

393.    Plaintiff **JULIE TABIEZA** resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 386.)

394.    Plaintiff **KHLOEUNG YOU** and **SOKHEMALY LENG** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 387.)

395.    Plaintiff **ANATOLI YEVDASH** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 388.)

396.    Plaintiff **DANIEL YOUNG** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 389.)

397.    Plaintiff **KHLEOUNG YOU AND SOKHEMALY LENG** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 390.)

398.    Plaintiff **MARLENE GONZALES** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 391.)

399.    Plaintiff **BRIGIDA PALARUAN** and **PONCIANO PALARUAN** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 392.)

400.    Plaintiff **EDUARDO FERNANDEZ and ISABELITA FERNANDEZ** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 393.)

401.    Plaintiff **SUSANA VELASCO and ALEX VELASCO** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 394.)

402.    Plaintiff **ERLINDA AGONOY** and **HARRY AGONOY** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 395.)

403.    Plaintiff **LARA ANDRADA** and **CATHERINE ANDRADA** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 396.)

404.    Plaintiff **KATHY BA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 397.)

405.    Plaintiff **JERRY LEE BURNETT** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 398)

406.    Plaintiff **VIRGINIA BABIANO** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 399.)

407.    Plaintiff **BRUCE BANH** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 400.)

408.    Plaintiff **PAULINE CANAS** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 401.)

1   409.   Plaintiff **CONRADO CORPUZ** is a resident of the State of California and had a

2   mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

3   shall be designated as Plaintiff No. 402.)

4   410.   Plaintiff **PHUON ITH** is a resident of the State of California and had a mortgage

5   loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be

6   designated as Plaintiff No. 403.)

7   411.   Plaintiff **VIOLETA J. MONTERO** is a resident of the State of California and

8   had a mortgage loan that was originated or serviced by one of the Defendants herein. (This

9   Plaintiff shall be designated as Plaintiff No. 404.)

10   412.   Plaintiff **CONSUELO PARHAM** is a resident of the State of California and had

11   a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

12   shall be designated as Plaintiff No. 405.)

13   413.   Plaintiff **AGNES RATUITA** is a resident of the State of California and had a

14   mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

15   shall be designated as Plaintiff No. 406.)

16   414.   Plaintiff **ROGER BARROW** is a resident of the State of California and had a

17   mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

18   shall be designated as Plaintiff No. 407.)

19   415.   Plaintiff **CARLITO BUGAS** is a resident of the State of California and had a

20   mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

21   shall be designated as Plaintiff No. 408.)

22   416.   Plaintiff **PURIZA BURTON** is a resident of the State of California and had a

23   mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

24   shall be designated as Plaintiff No. 409.)

25

1   417.   Plaintiff **FRANCES CAO** is a resident of the State of California and had a

2   mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

3   shall be designated as Plaintiff No. 410.)

4   418.   Plaintiff **NAM DO and JENNY NGUYEN** are resident of the State of

5   California and had a mortgage loan that was originated or serviced by one of the Defendants

6   herein. (This Plaintiff shall be designated as Plaintiff No. 411.)

7   419.   Plaintiff **NELSON DOCOT and GEDELIZA DOCOT** is a resident of the State

8   of California and had a mortgage loan that was originated or serviced by one of the Defendants

9   herein. (This Plaintiff shall be designated as Plaintiff No. 412.)

10  420.   Plaintiff **CUONG DO AND MINHA DO** is a resident of the State of California

11  and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This

12  Plaintiff shall be designated as Plaintiff No. 413.)

13  421.   Plaintiff **EMERITA ROSS** is a resident of the State of California and had a

14  mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff

15  shall be designated as Plaintiff No. 414.)

16  422.   Plaintiff **CARLOS HERRERA and ROSA HERRERA** is a resident of the

17  State of California and had a mortgage loan that was originated or serviced by one of the

18  Defendants herein. (This Plaintiff shall be designated as Plaintiff No.415.)

19  423.   Plaintiff **MICHAEL HOLLMAN AND LALAINE HOLLMAN** are resident

20  of the State of California and had a mortgage loan that was originated or serviced by one of the

21  Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 416.)

22  424.   Plaintiff **MANUEL VILLANEDA** is a resident of the State of California and

23  had a mortgage loan that was originated or serviced by one of the Defendants herein. (This

24  Plaintiff shall be designated as Plaintiff No. 417.)

25

425. Plaintiff **MARIA JIMENEZ** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 418.)

426. Plaintiff **PABLO KISLANKA and INES KISLANKA** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 419.)

427. Plaintiff **HAO LAM** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No 420.)

428. Plaintiff **JUSTIN SHIENG and PHIKHEANG UNG** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 421.)

429. Plaintiff **EMIL LAXAMANA and AGNES LAXAMANA** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 422.)

430. Plaintiff **JANET PALOMARES** is a resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 423.)

431. Plaintiff **LOC NGUYEN and DIEP NGUYEN** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 424.)

432. Plaintiff **JIM NGUYEN and VAN K. HONG** are resident of the State of California and had a mortgage loan that was originated or serviced by one of the Defendants herein. (This Plaintiff shall be designated as Plaintiff No. 425.)