LINDA Z. VOSS, ESQ, SBN # 111434
100 N Brand Blvd., # 14
Glendale, CA 91203
Tel: (888) 999-4313
Fax: (888) 999-5764

**IT IS SO ORDERED**
*Judge Howard R. Lloyd*

FILED

2012 JUL 20  P 1: 41

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
N.D. CA SAN JOSE

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Norma Cabusas and Joseph Arindaeng; Celso Costelo and Maria S. Colmenares-Pratt , et al<br>Plaintiff(s)<br>v.<br>Mortgage Electronic Registration System, Inc (MERS, Inc) et al<br>Defendant(s). | **CASE NUMBER**<br>CV12-03000 HRL<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY | |

Maria S. Colmenares-Pratt       ☑ Plaintiff   ☐ Defendant   ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of  **LINDA Z. VOSS, ESQ, SBN # 111434**
*New Attorney*
as attorney of record in place and stead of  **PETER L. NISSON, SBN # 62272**
*Present Attorney*

Dated _____                Maria S. Colmenares-Pratt
                                     *Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated _____                Peter Nisson, ESQ
                                     *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  7/7/2012                      Linda Z. Voss Esq.
                                     *Signature of New Attorney*
                                     SBN # 111434
                                     *State Bar Number*

If party requesting to appear Pro Se:

Dated _____                _____
                                     *Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)            REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY