United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORMA CABUSAS, et. al., | CASE NO. 5:12-cv-03000 EJD |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| MORTGAGE ELECTRONIC SYSTEMS, INC., et. al., | |
| Defendant(s). | |

On June 11, 2012, Plaintiffs filed the Complaint underlying this action. See Docket Item No. 1. To date, however, the docket does not contain a proof of service for any defendant, and no defendants have appeared in this action.

Rule 4(m) of the Federal Rules of Civil Procedure provides in pertinent part:

> If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice as to that defendant or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.

The 120-day period for service provided by Rule 4(m) elapsed on October 9, 2012. Accordingly, this court issues the instant Order to Show Cause ("OSC") requiring that Plaintiffs, **no later than November 13, 2012**, either: (1) file documents to show proof of service of the Summons and Complaint on defendants; or (2) explain in writing why service has not been accomplished. No

1

Case No. 5:12-cv-03000 EJD
ORDER TO SHOW CAUSE

hearing will be held on the order to show cause unless otherwise ordered by the Court.

Plaintiffs are notified that the court will dismiss this action if Plaintiffs fail to comply with this OSC or otherwise fail to show good cause as directed above.

**IT IS SO ORDERED.**

Dated: November 2, 2012

_____
EDWARD J. DAVILA
United States District Judge