IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| NORMA CABUSAS, et. al.,<br><br>Plaintiff(s),<br>v.<br><br>MORTGAGE ELECTRONIC SYSTEMS, INC., et. al.,<br><br>Defendant(s). | CASE NO. 5:12-cv-03000 EJD<br><br>**ORDER DISMISSING CASE** |

On November 2, 2012, the court ordered Plaintiffs to show cause in writing by November 13, 2012, why they failed to serve the summons and complaint on Defendants consistent with Federal Rule of Civil Procedure 4(m). See Docket Item No. 9. The court admonished Plaintiffs that this action would be dismissed should they fail to show good cause or accomplish service.

As of this date, Plaintiffs have not complied with the show cause order as directed. Accordingly, this case is DISMISSED WITHOUT PREJUDICE. The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: November 14, 2012

EDWARD J. DAVILA
United States District Judge